# In the United States Court of Federal Claims

No. 96-166 C
(Filed: June 21, 2005)

| | |
|---|---|
| ********************************* | |
| | * |
| **ZOLTEK CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | |

**ORDER**

On April 1, 2005, Zoltek filed a Motion to Show Cause Why Third Party Northrop Grumman Corporation Should Not Be Held in Contempt of Court. Plaintiff's motion derives from Northrop Grumman's denial that it possesses documents responsive to the Court's order of April 13, 2004. Northrop Grumman responded to the motion to show cause on April 18, 2005, and Defendant filed a responsive statement to Plaintiff's motion on April 20, 2005.

As Defendant's statement was filed out of time, the Court hereby DIRECTS the Clerk of the Court to strike Defendant's April 20, 2005 statement in response to Zoltek's motion.

The Court DENIES Zoltek's motion to show cause. The Court cautions Northrop Grumman that, if it is later found to have any documents that should have been produced in response to the April 13, 2004 order, it runs the risk of a contempt citation.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge