# In the United States Court of Federal Claims

No. 96-166 C
(Filed: July 18, 2005)

**********************************

**ZOLTEK CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

**********************************

**ORDER**

The Court hereby ORDERS that the parties shall appear for a post-discovery status conference on **October 27, 2005**, at 10:00 am Eastern Time. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge