**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, | ) | |
| Plaintiff, | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION TO MODIFY THE COURT'S ORDER OF APRIL 13, 2004**

Zoltek respectfully moves this Court for an Order to modify the Court's previously issued Order of April 13, 2004 to permit the stenographic and videotape depositions of the following individuals, limited to the topics identified below:

1) George Rogers - Employee of Northrop Grumman Corporation regarding:

   a) Letter dated August 6, 1987 from Mr. Rogers to Jerry Fleming at Stackpole Fibers Company;

   b) Northrop Purchase Order No. 114-804148A;

   c) Contacts with BASF Corporation regarding the purchase of CELECT SEC® fibers from BASF Corporation; and

   d) Purchases of high resistivity carbon fibers from other suppliers; and

2) Michael J. Capoccia - Senior Technical Specialist for B-2 Division, Northrop Grumman Corporation regarding:

   a) Contents of letter to Andrea Dry of Zoltek Corporation dated February 21, 1997, including but not limited to contacts with suppliers of "high resistivity precision cut carbon fibers."

The basis for the present Motion is set forth in the accompanying Memorandum of Law.

Respectfully submitted,

Date: August 4, 2005

_s/Dean A. Monco________________

Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
Citicorp Center, Suite 3800
500 West Madison Street
Chicago, Illinois 60661-2511
Tel. (312) 876-1800
Fax. (312) 876-2020
Attorneys for Zoltek Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled

MOTION TO MODIFY COURT'S ORDER OF APRIL 13, 2004

was sent via Federal Express, next day delivery to:

Gary L. Hauskin
1100 L. Street, N.W.
Room 11114
Washington, D.C. 20005

Joseph F. Coyne
Mark Greenstone
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope St., 48th Floor
Los Angeles, CA 90071-1448

this 4th day of August, 2005.

_s/Dean A. Monco____________
One of the Attorneys for Plaintiff
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60606-2511
Telephone: (312) 876-1800