# In the United States Court of Federal Claims

No. 96-166 C
(Filed: August 16, 2005)

| | |
|---|---|
| ********************************** | |
| | * |
| **ZOLTEK CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES**, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On August 12, 2005, Plaintiff filed an unopposed motion to extend the close of discovery for six months. Fact discovery in this case, however, has already continued for over two years.

Plaintiff's motion is GRANTED in part and DENIED in part. Fact discovery will close on **January 31, 2006**. The parties are ORDERED to finish all fact discovery by this date, as future enlargements of time will only be granted under extraordinary circumstances.

The parties are further ORDERED to file a post-discovery joint status report on or before **February 14, 2006**, and to appear for a post-discovery status conference on **February 22, 2006**, at 10:00 am Eastern Time. The status conference will be held by telephone and will be held off the record unless a party requests otherwise at least five business days in advance. All parties shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at 202-357-6483 one day before the conference to provide the number where he or she can be reached.

/s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge