# INDEX TO APPENDIX OF EXHIBITS

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Declaration of Joseph F. Coyne, Jr. filed previously in support of Northrop's Opposition to Zoltek's Motion to Compel Discovery |
| 2 | April 14, 1999 letter from Joseph F. Coyne, Jr. to Dean A. Monco |
| 3 | Northrop Grumman Corporation's Motion to Quash Subpoena of Zoltek Corporation filed May 10, 1999 |
| 4 | July 10, 2002 letter from Gary L. Hausken to Dean A. Monco |