# EXHIBIT 2

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
FORTY-EIGHTH FLOOR
333 SOUTH HOPE STREET
LOS ANGELES, CALIFORNIA 90071-1448
TELEPHONE (213) 620-1780
FACSIMILE (213) 620-1398

WRITER'S DIRECT LINE
(213) 617-4200
Jcoyne@smrh.com

OUR FILE NUMBER
W12-61437

April 14, 1999

**VIA TELECOPIER**
Dean A. Monco, Esquire
Wood, Phillips, Van Santen, Clark
& Mortimer
Suite 3800
500 West Madison Street
Chicago, Illinois 60661-2511

Re: Zoltek v. U.S.

Dear Dean:

Thank you for granting Northrop an extension to May 10, 1999 to respond to Zoltek's subpoena. As I discussed with your partner, the subpoena appears at first blush to be overbroad and therefore may require burdensome expenses to be incurred in locating and responding to it. In addition, security implications are raised by your requests. I am working with Northrop and will get back to you as soon as I have more details.

Sincerely,

Joseph F. Coyne, Jr.

For SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

LA2:LJC\LET\W12\11189064.1

EXHIBIT 2