# EXHIBIT 4

WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
FOUNDED IN 1876
ATTORNEYS AT LAW
SUITE 3800
500 WEST MADISON STREET
CHICAGO, ILLINOIS 60661-2511
TELEPHONE (312) 876-1800
TELECOPIER (312) 876-2020
E-MAIL
info@woodphillips.com
www.woodphillips.com

JEFFREY L. CLARK
JEFFERY N. FAIRCHILD
STEPHEN D. GEIMER
ALLEN J. HOOVER
MARTIN L. KATZ
F. WILLIAM McLAUGHLIN
DEAN A. MONCO
JOHN S. MORTIMER
PAUL M. ODELL
RICHARD S. PHILLIPS
JOEL E. SIEGEL

JOHN J. KING
LISA V. MUELLER
CHRISTOPHER D. WOOD PH.D

OF COUNSEL
WILLIAM A. VANSANTEN
HAROLD A. WILLIAMSON

SOMCHAY CHINYAVONG
WASHINGTON DC LEGAL ASSISTANT
1001 JEFFERSON DAVIS HIGHWAY
ARLINGTON VA 22202
(703) 415-0880
FAX (703) 415-0883

June 12, 2002

**VIA FACSIMILE/Confirmation by Mail**

Gary L. Hausken, Esq.
Commercial Litigation Branch - Civil Division
United States Department of Justice
1100 L Street, N.W.
Room 11115
Washington, D.C. 20005

Re: ZOLTEK v. U.S.

Dear Gary:

As a follow up to our telephone conference of June 5 with Northrop Grumman's counsel, Joseph Coyne, we are forwarding to you the following deposition questions for submission to the security officer assigned to this case. The questions do not constitute a complete list of all questions Zoltek may wish to ask Northrop Grumman Corporation. However, the security officer's response as to whether he will permit Northrop Grumman witnesses to answer the following questions will aid us in determining whether we have to go to the Court to determine the scope of information which Zoltek will be permitted to obtain from Northrop Grumman.

Please have the security officer mark either "yes" or "no" as to whether he/she will permit the Northrop Grumman witnesses to answer the question. As stated in our telephone conference on June 5, please do not submit these questions to Northrop Grumman counsel without our authorization.

1. **Did Northrop Grumman Corporation or any of its predecessors or subcontractors ever attempt to have Zoltek's U.S. patent nos. 4,728,395 and RE.34,162 or the underlying applications and prosecution histories, made confidential or otherwise classified so as to prohibit availability of the above-identified patents and their file histories to the public?**

**Permitted to Answer:**

Yes ______ No ________

EXHIBIT 4

2. According to a letter dated August 6, 1987 from George Rodgers, Advanced Systems Division, to Jerry Fleming of Stackpole Fibers Co., the B-2 Division of Northrop Corporation in December 1983 ordered 4 rolls of carbon fiber paper from Stackpole Fibers Company. The rolls of carbon fiber paper were unique in that the carbon fibers were not fully carbonized, which increased the volume resistivity of the fiber which in turn increased the surface resistivity of the paper. Northrop purchased four different levels of resistivity ranging from 24 to 3000 ohms/square. Assuming the statements in this letter are correct, did Northrop Grumman Corporation or any of its predecessors or subcontractors order carbon fiber paper/sheets/mats/coatings which used partially carbonized fibers having specified volume resistivities so as to arrive at desired surface resistivities of the aforementioned paper/sheets/mats/coatings from 1983-present?

**Permitted to Answer:**

Yes ________ No ________

3. If the answer to Question No. 2 is anything other than an unqualified no, please identify from whom such paper/sheets/mats/coatings were purchased, the dates of such purchase and the quantities obtained.

**Permitted to Answer:**

Yes __________ No _________

4. In a letter dated February 21, 1997, from Michael J. Capoccia of the B-2 Division of Northrop Grumman Corporation to Andrea Dry of Zoltek, Inc., Northrop Grumman Corporation solicited Zoltek, Inc. to produce carbon fibers having controlled volume resistivities ranging from 50,0000-150,000 microohms/centimeters. During the period 1983-present, did Northrop Grumman Corporation or any of its predecessors or subcontractors solicit from other third parties the production of partially carbonized fibers having specified volume resistivities?

**Permitted to Answer:**

Yes _________ No __________

5. Jozef Venner testified in deposition that BASF Corporation ("BASF") manufactured between 1000-6000 pounds of partially carbonized fibers called Celect SEC Fibers having volume resistivities specified by Northrop Grumman Corporation or its predecessor. Mr. Venner's testimony was confirmed by the Sworn Declaration of Louise Hefner (attached). Assuming the deposition testimony and declaration are correct, did Northrop Grumman Corporation or its predecessors or subcontractors order and/or purchase partially carbonized fibers from manufacturers other than BASF having specified volume resistivities?

**Permitted to Answer:**

Yes ________ No __________

6. If the answer to Question No. 5 is anything other than an unqualified negative, please identify the names of the manufacturers, the dates of purchase and the quantities ordered.

**Permitted to Answer:**

Yes ________ No __________

7. Did Northrop Grumman Corporation, or any predecessor or subcontractor direct any third parties to produce any paper/sheets/mats/coatings which contained the partially carbonized fibers having specified volume resistivities manufactured by BASF and/or other manufacturers?

**Permitted to Answer:**

Yes ________ No __________

8. If the answer to the previous Question No. 7 is anything other than an unqualified negative, did the paper/sheets/mats/coatings manufactured using the partially carbonized fibers produced by BASF and/or other manufacturers have surface resistivities specified by Northrop Grumman or its predecessors or subcontractor?

**Permitted to Answer:**

Yes ________ No __________

9. With respect to the previous Question No. 8. were the papers/sheets/mats/coatings having the surface resistivity specified by Northrop Grumman Corporation or its predecessor or subcontractor. used on the B-2 bomber or any other weapons system manufactured in whole or in part by Northrop Grumman Corporation or its predecessor?

**Permitted to Answer:**

Yes __________ No __________

10. Victor Nano testified in deposition that WLS Coatings received carbon fibers manufactured by Fortafil Fibers in accordance with Northrop Grumman material specification number QFM 0145. Assuming this testimony is correct, did Northrop Grumman's specification number QFM 0145 specify production of partially carbonized fibers having specified volume resistivities?

**Permitted to Answer:**

Yes __________ No __________

11. Victor Nano testified in deposition that from approximately 1990 to the present, Northrop Grumman Corporation or its predecessor purchased coatings containing carbon fibers and having controlled surface resistivities in accordance with Northrop Grumman's Material Specification MS 419. Assuming this testimony is correct. were these coatings applied to the B-2 Bomber or any other weapon system produced in whole or in part by Northrop Grumman Corporation or its predecessor or subcontractor(s)?

**Permitted to Answer:**

Yes __________ No __________

13. Assuming the deposition testimony of Victor Nano is correct, did the carbon fiber coating having specified surface resistivities provide, in whole or in part, the low observable capability of the B-2 Bomber or other weapon systems produced by Northrop Grumman Corporation or its predecessors?

**Permitted to Testify:**

Yes __________ No __________

14. Northrop Material Specification MS 419 entitled "Surfacers, Carbon Fiber Epoxy" (production number 005159-5168) dated August 16, 1988, specifies Type 1 and Type 2 surfacers having a surface resistivity of the cured surface not to exceed 120 ohms per square, point to point (production number 005161). Is the surfacer specified in Material Specification MS 419 intended to cover the external surface, in whole or in part, of the B-2 Bomber?

**Permitted to Testify:**

Yes ______________ No ________________

15. If the answer to the previous question was anything other than an unqualified negative, was the purpose of the carbon fiber-epoxy surfacer described in MS 419 to provide, in whole or in part, the low observable characteristics of the B-2 bomber?

**Permitted to Testify:**

Yes ______________ No ________________

16. Northrop Grumman Material Specification number MS 419B dated November 30, 1998, marked "unclassified," is entitled "Surfacers, Carbon or Titanium Dioxide filled" (production number 005644-5659). The document states:

"The average coating resistivity on ten readings shall be less than 100,000 ohms per square for Type I and Type II and less than 100,000 mega ohms per square for Type III.. Types IV, V, VI and VII do not require surface resistivity testing." (Production number 005648).

Why was the coating resistivity changed for MS 419B to less than 100,000 ohms/square versus MS 419 which called for less than 120 ohms per square?

**Permitted to Answer:**

Yes: _________________ No: ________________

17. Why were ten readings of surface resistivity required for Types I. II and III coatings as described in MS 419B?

**Permitted to Answer:**

Yes: ________________ No: ________________

18. Do the surface resistivities specified in MS 419 and MS 419B contribute, in whole or in part, to the low observable capability of the B-2 bomber?

**Permitted to Answer:**

Yes ____________________ No ________________

19. Northrop B-2 division specification number T 154A dated September 19, 1994 entitled "Electrical Conductivity Testing of Surface Materials" (production number 00528-5559) specifies several different methods to test electrical conductivity of surface materials. Did Northrop Grumman Corporation or any of its predecessors or subcontractors use any of the testing procedures set forth in T 154A to test the surface resistivities of the coatings supplied by WLS Coatings or any other subcontractor/supplier of surface coatings?

**Permitted to Answer:**

Yes ____________________ No __________________

20. Identify which conductivity testing procedures identified in Question No. 19 were used on the B-2 bomber by Northrop Grumman, its predecessors or subcontractor(s).

**Permitted to Answer:**

Yes ___________________ No ___________________

Because of the impending close of discovery, we ask that the security officer provide his answers as to whether he will permit Northrop Grumman witnesses to answer the above-identified questions on or before June 19, 2002.

If you have any questions, please contact the undersigned.

Sincerely,

Dean A. Monco

DAM:swk

Enclosure

cc: John S. Mortimer, Esq.