# EXHIBIT 5

U.S. Department of Justice
Civil Division

Telephone: (202) 307-0342
Facsimile: (202) 307-0345

GLH
154-96-166

*Washington, D.C. 20530*

July 10, 2002

**By Facsimile w/ Confirming Copy**

Dean A. Monco, Esq.
Wood, Phillip, Katz, Clark & Mortimer
Suite 3800
500 W. Madison Street
Chicago, Illinois 60661-2511

Re: Zoltek Corporation v. United States,
<u>Court of Federal Claims No. 96-166C</u>

Dear Mr. Monco:

As you requested, I referred your letter of June 12, 2002, with attachments, to the Air Force for a preliminary determination as to whether the Air Force security officer would permit the question to be answered. Questions 3, 6, 8, 11, 13-18 and 20 would probably not be answered. Question 10 could probably be answered as written, but no further explanation would be permitted. The deponents would probably be permitted to answer the remaining questions.

I have used the word "probably" in response to your query because you state that the proposed questions are tentative and not complete. Certainly, the exact form of the question will influence the security officer's determination during the deposition. Equally true, the context of the question in relation to previously-asked questions, may also influence the determination. As we discussed, this inquiry was preliminary and solely for the purpose of assisting you in determining the merits of proceeding with a deposition at this time.

EXHIBIT 5

If you have any questions, please give me a call at the number provided.

Very truly yours,

Gary L Hausken

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division

TOTAL P.03