**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation, | ) | |
| Plaintiff, | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ZOLTEK'S MOTION FOR RECONSIDERATION AND CLARIFICATION**

Plaintiff, ZOLTEK Corporation (hereinafter "ZOLTEK"), respectfully moves this Court for:

1). Reconsideration of its Order of **August 16, 2005**, extending discovery only to **January 31, 2006** and further stating that fact discovery may not be extended except under extraordinary circumstances; and

2). Clarification regarding discovery pertaining to the F-22 Fighter Plane.

**BASIS FOR MOTION**

**A. Discovery Regarding the B-2 Bomber**

On **August 16, 2005**, this Court entered an Order granting in part ZOLTEK's unopposed motion for extension of time, but only until **January 31, 2006** (Ex. 1). ZOLTEK had requested an extension of time until **March 31, 2006**. Additionally, the Court stated that future enlargements of time will only be granted under extraordinary circumstances (Ex. 1). The basis for the Court's present motion appears to be the statement that: "Fact discovery in this case, however, has already been extended for over two (2) years" (Ex. 1). ZOLTEK respectfully submits that the Court's factual basis for its ruling is in error, for the following reasons.

On **July 5, 2001**, Defendant, the United States ("U.S.") submitted a motion for partial

summary judgment regarding the use of silicon carbide fibers on the F-22 Fighter Plane (Ex. 2, Docket No. 167). In an Order dated **March 14, 2002**, this Court STAYED the motion for summary judgment, pending further briefing (Ex. 2, Docket No. 191).

On **July 30, 2002**, ZOLTEK filed its motion to compel discovery from Northrop Grumman Corporation ("Northrop Grumman") regarding the use of partially carbonized fibers on the B-2 Bomber (Ex. 2, Docket Nos. 202-203).

On **July 16, 2003**, this Court issued an Order denying the U.S.'s motion for partial summary judgment (Ex. 2, Docket No. 237). In this Order, the Court expressly STAYED ZOLTEK's **July 30, 2002** Motion to Compel Discovery until the parties received the Court's Opinion on the U.S.'s Motion for Partial Summary Judgment (Ex. 2, Docket No. 237). On **November 26, 2003**, this Court issued its Opinion denying the U.S.'s Motion for Partial Summary Judgment (Ex. 2, Docket No. 242).

On **April 13, 2004**, this Court granted in part and denied in part ZOLTEK's motion to compel production from Northrop Grumman (Docket No. 255). On **August 25, 2004**, after repeated requests from ZOLTEK, Northrop Grumman submitted its response to the Court Order, denying that it had any dockets responsive to ZOLTEK's request for production of documents regarding the usage of partially carbonized fibers on the B-2 Bomber (Ex. 2, Docket No. 266).

Following Northrop Grumman's continued insistence that it had no responsive documents to the Court's **April 13, 2004** Order, ZOLTEK filed a motion to show cause why Northrop Grumman should not be held in contempt on **March 23, 2005** (Ex. 2, Docket No.270). In a decision dated **June 16, 2005**, this Court denied ZOLTEK's motion to show cause. However, the Court issued the warning that if documents are found to exist which are responsive to the Court's **April 13, 2004** Order, Northrop Grumman would "run the risk of a contempt

citation" (Ex. 2, Docket No. 281).

As set forth in the above sequence of events, it has not been two (2) years since this Court issued its Order of **April 13, 2004** compelling production of the Northrop Grumman documents and things requested by ZOLTEK. Furthermore, ZOLTEK has faced continuous stonewalling by Northrop Grumman regarding the production of responsive non classified documents pertaining to the purchase of partially carbonized fibers by Northrop Grumman's B-2 Division despite substantial credible evidence from an independent third party manufacturer (BASF) as well as internal documents from Northrop Grumman itself that such documents exist[1]. ZOLTEK respectfully submits that it is unfair to penalize ZOLTEK by cutting short discovery which will in essence reward Northrop Grumman for its stonewalling tactics. Following this Court's **April 13, 2004** Order granting in part ZOLTEK **July 13, 2002** Motion to Compel, ZOLTEK has diligently pursued discovery from Northrop Grumman. ZOLTEK has developed and will continue to develop evidence from third parties of Northrop Grumman's stonewalling legitimate discovery requests. However, this process takes time.

ZOLTEK's requested extension of time to **March 31, 2006**, was not for the purposes of delay. ZOLTEK has attempted in every way it knows to obtain the relevant, non-classified documents from Northrop Grumman, the prime contractor for the B-2 Bomber. Given Northrop Grumman's stonewalling, ZOLTEK is attempting to develop evidence from other third party sources regarding the use of partially carbonized fibers on the B-2 Bomber. This is the purpose of ZOLTEK's requested extension of time. ZOLTEK seeks the Court's understanding of the circumstances ZOLTEK has faced in this litigation and, respectfully requests that the extension of time be granted to **March 31, 2006**. ZOLTEK understands the Court's position regarding the

[1] ZOLTEK presented deposition testimony and a declaration from BASF personnel confirming Northrop Grumman's purchases of *thousand of pounds* of partially carbonized fibers. Additionally, Northrop Grumman's own personnel were soliciting the purchase of "controlled resistivity fibers" from *ZOLTEK* in 1977.

need to present evidence for any further requests for fact discovery regarding the B-2 Bomber. ZOLTEK simply requests the Court to consider the above identified scenario and the conduct of the prime contractor for the B-2 Bomber in its consideration of any future extensions of time that ZOLTEK may seek.

**B. The F-22 Fighter Plane**

After this Court's Order of **December 9, 2003** denying the U.S.'s motion for partial summary judgment, this Court granted the parties request to certify the issues set forth in the Court's opinions for appeal to the Court of Appeals for the Federal Circuit (Ex. 2, Docket Nos. 250-251). Following the grant of interlocutory appeal by the Court of Appeals for the Federal Circuit, the parties prepared and submitted their briefs on the respective issues presented by the Court's order. Oral argument was heard on the appeal on **March 9, 2005**. The parties are awaiting the decision from the Court of Appeals of the Federal Circuit.

For obvious reasons, ZOLTEK has not expended the time and resources taking any discovery on the issue of infringement by the F-22 Fighter Plane pending the outcome of the appeal before the Court of Appeals of the Federal Circuit. If this Court's decision is affirmed, ZOLTEK will seek to proceed with discovery as required. If the Court's decision is reversed, then ZOLTEK will be barred from pursuing its claim before this Court.[2]

ZOLTEK seeks clarification of this Court to preserve its rights to conduct discovery regarding the F-22 Fighter Plane if the decision of this Court is affirmed.

[2] As ZOLTEK stated at oral argument, if this Court's decision is reversed, ZOLTEK may seek relief in Federal District Court against Lockheed Martin Corporation for infringement of the patent-in-suit under 35 U.S.C. § 271 *et. seq.*

## CONCLUSIONS

For the above stated reasons, ZOLTEK respectfully requests reconsideration of the Court's Order of **August 16, 2005**, to permit fact discovery to close on **March 31, 2006**, to permit ZOLTEK to seek additional fact discovery regarding the B-2 Bomber if warranted by the facts, and to clarify the Court's position regarding the close of fact discovery as it pertains to the F-22 Fighter Plane.

Respectfully submitted,

Dated: August 23, 2005

/s/Dean A. Monco

Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel.: (312) 876-1800 Fax: (312) 876-2020

Counsel for Plaintiff
ZOLTEK Corporation

# EXHIBIT 1

Case 1:96-cv-00166-EJD Document 285 Filed 08/16/2005 Page 1 of 1

# In the United States Court of Federal Claims

No. 96-166 C
(Filed: August 16, 2005)

| | |
|---|---|
| ********************************** | |
| | * |
| **ZOLTEK CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On August 12, 2005, Plaintiff filed an unopposed motion to extend the close of discovery for six months. Fact discovery in this case, however, has already continued for over two years.

Plaintiff's motion is GRANTED in part and DENIED in part. Fact discovery will close on **January 31, 2006**. The parties are ORDERED to finish all fact discovery by this date, as future enlargements of time will only be granted under extraordinary circumstances.

The parties are further ORDERED to file a post-discovery joint status report on or before **February 14, 2006**, and to appear for a post-discovery status conference on **February 22, 2006**, at 10:00 am Eastern Time. The status conference will be held by telephone and will be held off the record unless a party requests otherwise at least five business days in advance. All parties shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at 202-357-6483 one day before the conference to provide the number where he or she can be reached.

/s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

# EXHIBIT 2

ECF, IAPPEAL

# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:96-cv-00166-EJD

ZOLTEK CORPORATION v. USA
Assigned to: Chief Judge Edward J. Damich
Demand: $0
Cause: 28:1491 Tucker Act

Date Filed: 03/25/1996
Nature of Suit: 508 Patent
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ZOLTEK CORPORATION** represented by **Dean Albert Monco**
Wood, Phillips, VanSanten, et al.
500 West Madison Street
Suite 3800
Chicago, IL 60661-2511
312 876-1800
Email: damonco@woodphillips.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA** represented by **Gary Lee Hausken**
U. S. Department of Justice
Civil Div. - Commercial litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 307-0342
Fax: (202) 307-0345
Email: gary.hausken@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Michael Amundson**
U. S. Department of Justice
Civil Div. - Commercial litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530
*TERMINATED: 12/05/1997*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| | | parties. (FE) (Entered: 03/22/2001) |
| 03/27/2001 | 157 | REPLY by ZOLTEK CORPORATION to response to [151-1] motion for Leave to file amended complaint. Service: 3/26/01. (LTD) (Entered: 03/28/2001) |
| 05/15/2001 | 158 | RESPONSE by USA to [153-1] order. Filed by leave of the Judge. Service: 5/14/01. (LTD) (Entered: 05/16/2001) |
| 05/24/2001 | 159 | ORDER granting [151-1] motion for Leave to file amended complaint. ( signed by Judge Edward J. Damich ) Copy to parties. (DS) (Entered: 05/31/2001) |
| 05/24/2001 | 160 | AMENDED COMPLAINT by ZOLTEK CORPORATION (Answer due 6/8/01) amending [1-1] complaint. (DS) (Entered: 05/31/2001) |
| 05/29/2001 | 161 | ORDER mooting [79-1] motion for partial summary judgment with respect to anticipation of Claims 23-32, 39 & 40. ( signed by Judge Edward J. Damich ) Copy to parties. (DS) (Entered: 06/05/2001) |
| 06/08/2001 | 162 | ANSWER by USA to amended complaint. (LTD) (Entered: 06/12/2001) |
| 06/29/2001 | 163 | ORDER directing Clerk of the Court to return the Defendant's motion for correction of defects (signed by Chief Judge Lawrence M. Baskir for Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 07/02/2001) |
| 07/03/2001 | 164 | MOTION by USA (Service: 7/3/01) for Leave to file Motion for Partial Summary Judgment Response due: 7/20/01. (FE) (Entered: 07/05/2001) |
| 07/05/2001 | 165 | ORDER granting [164-1] motion for Leave to file Motion for Partial Summary Judgment (signed by Judge Edward J. Damich ). Copy to parties. (FE) (Entered: 07/06/2001) |
| 07/05/2001 | 166 | PROPOSED FINDINGS of Uncontroverted Fact by USA. Service: 6/28/01. (FE) (Entered: 07/06/2001) |
| 07/05/2001 | 167 | MOTION by USA (Service: 6/28/01) for Partial Summary Judgment , pursuant to RCFC 56 with respect to silicon carbide fiber sheet products used by the F-22 program, filed with a two (2) volume appendix. Response due: 7/30/01. (FE) (Entered: 07/06/2001) |
| 07/18/2001 | 168 | MOTION by USA (Service: 7/18/01) to Compel . Response due: 8/6/01. (LTD) (Entered: 07/18/2001) |
| 07/20/2001 | 169 | MOTION by ZOLTEK CORPORATION (Service: 7/19/01) to Extend Time to respond to motion for partial summary judgment , (until August 6, 2001). (FE) (Entered: 07/20/2001) |
| 07/23/2001 | 170 | ORDER granting [169-1] motion to Extend Time to respond to motion for partial summary judgment Response to [167-1] motion for Partial Summary Judgment reset to 8/6/01 (signed by Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 07/23/2001) |
| 08/02/2001 | 171 | MOTION by ZOLTEK CORPORATION (Service: 8/1/01) to Extend Time to respond to motion to compel , (until August 20, 2001). (FE) |

| | | |
|---|---|---|
| | | (Entered: 08/03/2001) |
| 08/07/2001 | 172 | RESPONSE by ZOLTEK CORPORATION (Service: 8/3/01 ) to [167-1] motion for Partial Summary Judgment, filed by leave of the Judge. Reply due: 8/20/01 (HW) (Entered: 08/08/2001) |
| 08/07/2001 | 173 | ORDER granting [171-1] motion to Extend Time to respond to motion to compel Response to [168-1] motion to Compel reset to 8/20/01 (signed by Judge Edward J. Damich) Copy to parties. (HW) (Entered: 08/08/2001) |
| 08/07/2001 | 174 | STATEMENT OF GENUINE ISSUES by ZOLTEK CORPORATION, filed by leave of the Judge. Service: 8/3/01. (HW) (Entered: 08/08/2001) |
| 08/07/2001 | 175 | PROPOSED FINDINGS of Uncontroverted Fact by ZOLTEK CORPORATION, filed by leave of the Judge. Service: 8/3/01 (HW) (Entered: 08/08/2001) |
| 08/17/2001 | 176 | REPLY by USA to response to [167-1] motion for Partial Summary Judgment, (pursuant to RCFC 56 with respect to silicon carbide fiber sheet products used by the F-22 programand supplemental appendix). Service: 8/17/01. (HW) (Entered: 08/20/2001) |
| 08/17/2001 | 177 | MOTION by USA (Service : 8/17/01 ) to Extend Time within which to resp[ond to motion to compel production of documents and things , (until October 12, 2001). (HW) (Entered: 08/20/2001) |
| 08/20/2001 | 178 | ORDER granting [177-1] motion to Extend Time within which to respond to motion to compel production of documents and things Response to [168-1] motion to Compel reset to 10/12/01 (signed by Judge Edward J. Damich). Copy to parties. (FE) (Entered: 08/20/2001) |
| 08/20/2001 | 179 | RESPONSE by USA to [175-1] proposed findings by ZOLTEK CORPORATION, by leave of the Judge. Service: 8/17/01. (FE) (Entered: 08/20/2001) |
| 08/27/2001 | 180 | JOINT MOTION by ZOLTEK CORPORATION and USA to Extend Time to complete discovery , (90 days). (FE) (Entered: 08/27/2001) |
| 08/28/2001 | 181 | MOTION by ZOLTEK CORPORATION (Service: 8/27/01) for Leave to file sur-reply to Motion for Summary Judgment . Response due: 9/13/01. (LTD) (Entered: 08/28/2001) |
| 08/30/2001 | 182 | RESPONSE by USA (Service: 8/29/01) to [181-1] motion for Leave to file sur-reply to Motion for Summary Judgment. Reply due: 9/13/01. (LTD) (Entered: 08/30/2001) |
| 08/31/2001 | 183 | ORDER denying [181-1] motion for Leave to file sur-reply to Motion for Summary Judgment (signed by Acting Chief Judge Emily C. Hewitt for Judge Edward J. Damich). Copy to parties. (FE) (Entered: 09/04/2001) |
| 08/31/2001 | 184 | ORDER granting [180-1] joint motion to Extend Time to complete discovery Fact Discovery deadline to 1/1/02 , Exchange of expert reports shall take place on 3/1/02, Expert discovery shal close on 4/1/02, and |

| | | |
|---|---|---|
| | | Dispositive Motion Filing deadline to 6/1/02 (signed by Judge Emily C. Hewitt). Copy to parties. (FE) (Entered: 09/04/2001) |
| 10/01/2001 | 185 | JOINT STATUS REPORT. (LTD) (Entered: 10/01/2001) |
| 10/05/2001 | 186 | ORDER oral argument is set for 10:00 a.m. on 12/13/01 for [167-1] motion for Partial Summary Judgment (signed by Chief Judge Lawrence M. Baskir). Copy to parties. (LTD) (Entered: 10/05/2001) |
| 10/12/2001 | 187 | MOTION by USA (Service : 10/12/01 ) to Withdraw [168-1] motion to Compel , production of documents and things. (HW) (Entered: 10/15/2001) |
| 10/18/2001 | 188 | ORDER granting [187-1] motion to Withdraw [168-1] motion to Compel and defendant's motion for leave to re-file it's motion should plaintiff fail to produce all document's within the scope of it's First Motion to Compel is GRANTED (signed by Judge Edward J. Damich). Copy to parties. (FE) (Entered: 10/19/2001) |
| 12/13/2001 | | Oral Argument re: [167-1] motion for Partial Summary Judgment by USA ( Transcript due 1/14/02 ) (DS) (Entered: 04/03/2002) |
| 12/14/2001 | 189 | ORDER setting Discovery deadline to 5/1/02 (signed by Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 12/17/2001) |
| 12/19/2001 | 190 | TRANSCRIPT of proceedings re: 1 volume, at Washington, D.C., for date of December 13, 2001. Notice to parties. (FE) (Entered: 12/20/2001) |
| 03/14/2002 | 191 | PUBLISHED DECISION. Defendant's Motion for Partial Summary Judgment is STAYED pending additional briefing (signed by Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 03/15/2002) |
| 03/25/2002 | 192 | ORDER setting Status Conference for 4:00 p.m. on 4/9/02 (signed by Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 03/26/2002) |
| 03/27/2002 | 193 | JOINT MOTION for Leave to file status report, out of time . (FILED WITH JOINT STATUS REPORT). (FE) (Entered: 03/28/2002) |
| 04/02/2002 | 194 | ORDER granting [193-1] joint motion for Leave to file status report, out of time (signed by Judge Edward J. Damich) Copy to parties. (FILED WITH JOINT STATUS REPORT) (LTD) (Entered: 04/02/2002) |
| 04/09/2002 | | Status Conference held ( Transcript due 5/9/02 ) (DS) (Entered: 04/18/2002) |
| 04/10/2002 | 195 | SCHEDULING ORDER directing plaintiff to submit a brief by 5/13/02; defendant to submit a response to plaintiff's brief by 6/17/02; parties to submit, to the court by 6/17/02, all evidence pertaining to the location of manufacture of Nicalon fibers; parties to complete fact discovery by 8/16/02; parties to submit a joint status report by 8/23/02; and scheduling a status conference at 10:00 a.m. Eastern Time on 8/29/02. ( signed by Judge Edward J. Damich ) Copy to parties. (DS) (Entered: 04/18/2002) |
| 04/15/2002 | 196 | TRANSCRIPT of proceedings re: status conference (one volume), taken at Washington, DC, on April 9, 2002. Notice to parties. (DS) (Entered: |

| | | |
|---|---|---|
| | | 04/18/2002) |
| 05/09/2002 | 197 | JOINT MOTION by ZOLTEK CORPORATION and USA for Leave to submit the stipulation of expected testimony of Composite Optics, Inc. (HW) (Entered: 05/10/2002) |
| 05/13/2002 | 198 | SUPPLEMENTL MEMORANDUM by ZOLTEK CORPORATION re: [172-1] motion response by ZOLTEK CORPORATION. Service: 5/10/02. (FE) (Entered: 05/14/2002) |
| 05/13/2002 | | Deadline updated; Response to Zoltek's Supplemental Memorandum filed on 5/13/02 due by 6/17/02 . (FE) (Entered: 05/14/2002) |
| 05/17/2002 | 199 | ORDER granting [197-1] joint motion for Leave to submit the stipulation of expected testimony of Composite Optics, Inc. (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 05/20/2002) |
| 06/10/2002 | 200 | SUPPLEMENTAL BRIEF by USA on the application of the fifth amendment to Defendant's motion for partial summary judgment with respect to silicon carbide fibers. Service: 6/10/02 (LTD) (Entered: 06/11/2002) |
| 07/24/2002 | 201 | MOTION by ZOLTEK CORPORATION (Service : 7/23/02 ) For leave to exceed the page limitation - Appendix in excess of fifty pages. (HW) (Entered: 07/29/2002) |
| 07/30/2002 | 202 | MOTION by ZOLTEK CORPORATION (Service : 7/30/02 ) to Compel Discovery , and to Extend Time within which to close discovery , (120 days), filed by leave of the Judge. Response due: 8/16/02 (HW) (Entered: 08/01/2002) |
| 07/30/2002 | 203 | MEMORANDUM by ZOLTEK CORPORATION re: [202-1] motion to Compel Discovery by ZOLTEK CORPORATION, [202-2] motion to Extend Time within which to close discovery by ZOLTEK CORPORATION, filed by leave of the Judge. Service: 7/23/02. FILED UNDER SEAL. (HW) Modified on 08/01/2002 (Entered: 08/01/2002) |
| 08/19/2002 | 204 | ORDER to file the Joint Motion received on 8/7/02 and the transmittal of original signature received 8/9/02 (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 08/22/2002) |
| 08/19/2002 | 205 | JOINT MOTION to Extend Time for Northrop's response until 9/6/02 for Defendant to file brief by 9/17/02 for Leave for Zoltek to file a consolidated reply to Northrop's response by 10/11/02 to Extend Time to complete discovery until 1/16/03 to Extend Time to file the joint status report until 1/23/03 and to reschedule the status conference until 1/30/03. Filed by leave of the Judge. (LTD) (Entered: 08/22/2002) |
| 08/19/2002 | 206 | NOTICE of filing of original signature of the Joint Motion to Extend Time filed 8/7/02 by ZOLTEK CORPORATION and USA. Filed by leave of the Judge. (LTD) (Entered: 08/22/2002) |
| 08/19/2002 | 207 | ORDER granting [201-1] motion For leave to exceed the page limitation (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2002) |
| 08/19/2002 | 208 | ORDER granting [205-1] joint motion to Extend Time for Northrop's response, granting [205-2] joint motion for Defendant to file brief, granting [205-3] joint motion for Leave for Zoltek to file a consolidated reply to Northrop's response, granting [205-4] joint motion to Extend Time to complete discovery, granting [205-5] joint motion to Extend Time to file the joint status report, granting [205-6] joint motion to reschedule the status conference Response to [202-1] motion to Compel Discovery due 9/6/02 , Defendant's reply Brief due 9/17/02 , Reply to Response to Motion due 10/11/02 for [202-1] motion to Compel Discovery , Discovery deadline is 1/16/03 , Joint Status Report due 1/23/03 , Status Conference set for 10:00 a.m. on 1/30/03 , and Oral argument on the Fifth Amendment taking issue, etc. set for 10:00 a.m. on 9/19/02 (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 08/22/2002) |
| 09/06/2002 | 209 | MOTION by NORTHROP GRUMMAN CORP. (Service: 9/5/02) For leave to exceed the page limitation of appendix (50 pages) (LTD) (Entered: 09/10/2002) |
| 09/16/2002 | 210 | ORDER granting [209-1] motion For leave to exceed the page limitation of appendix (50 pages) (signed by Chief Judge Edward J. Damich). Copy to parties. (FE) (Entered: 09/18/2002) |
| 09/16/2002 | 211 | RESPONSE by NORTHROP GRUMMAN COR (Service: 9/5/02) to [202-1] motion to Compel Discovery. Reply due: 9/17/02. [FILED UNDER SEAL] (FE) (Entered: 09/18/2002) |
| 09/17/2002 | 212 | RESPONSE by USA (Service: 9/17/02) to [202-1] motion to Compel Discovery and [202-2] motion to Extend Time within which to close discovery. Reply due: 10/11/02. [FILED UNDER SEAL] (FE) (Entered: 09/20/2002) |
| 09/26/2002 | 213 | TRANSCRIPT of proceedings re: 1 volume, at Washington, D.C., for date of September 19, 2002. Notice to parties. (FE) (Entered: 09/26/2002) |
| 10/02/2002 | 214 | MOTION by ZOLTEK CORPORATION (Service: 10/1/02) to Extend Time to file reply to the Motion to Compel until 10/25/02. Response due: 10/18/02. (LTD) (Entered: 10/08/2002) |
| 10/04/2002 | 216 | ORDER directing the Clerk of the Court to return NORTHROP GRUMMAN CORPORATION's "Notice of Ruling Re: Northrop Grumman Corporation's Motion for Leave to file Appendix, etc." ( signed by Chief Judge Edward J. Damich ) Copy to parties. (HW) (Entered: 10/09/2002) |
| 10/07/2002 | 215 | ORDER granting [214-1] motion to Extend Time to file reply to the Motion to Compel Reply to Response to Motion due 10/25/02 for [202-1] motion to Compel Discovery (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 10/09/2002) |
| | | |

| | | |
|---|---|---|
| 10/22/2002 | 217 | MOTION by USA (Service : 10/22/02 ) for Leave to substitute a corrected Declaration of John B. Hennessey . Response due: 11/12/02 (HW) (Entered: 10/23/2002) |
| 10/25/2002 | 218 | MOTION by ZOLTEK CORPORATION (Service : 10/24/02 ) For leave to exceed the page limitation. (JT) (Entered: 10/29/2002) |
| 10/31/2002 | 219 | ORDER granting [218-1] motion For leave to exceed the page limitation (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 11/04/2002) |
| 10/31/2002 | 220 | REPLY by ZOLTEK CORPORATION to response to [202-1] motion to Compel Discovery. FILED UNDER SEAL. (LTD) (Entered: 11/04/2002) |
| 11/06/2002 | 221 | ORDER Parties responsive briefs to [167-1] motion for Partial Summary Judgment due 11/20/02 (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 11/12/2002) |
| 11/07/2002 | 222 | ORDER granting [217-1] motion for Leave to substitute a corrected Declaration of John B. Hennessey (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 11/12/2002) |
| 11/07/2002 | 223 | CORRECTED DECLARATION of John B. Hennessey (LTD) (Entered: 11/12/2002) |
| 11/18/2002 | 224 | MOTION by USA (Service: 11/18/02) for additional examination of George P. Boyd . Response due: 12/5/02. (LTD) (Entered: 11/21/2002) |
| 11/20/2002 | 225 | RESPONSE by ZOLTEK CORPORATION (Service: 11/19/02 ) to [167-1] motion for Partial Summary Judgment Reply due: 12/6/02 (HW) (Entered: 11/23/2002) |
| 11/20/2002 | 226 | RESPONSE by USA pursuant to [191-1] order Service: 11/20/02 (HW) (Entered: 11/23/2002) |
| 11/27/2002 | 227 | ORDER granting [224-1] motion for additional examination of George P. Boyd (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 12/02/2002) |
| 12/09/2002 | 228 | ORDER to file Plaintiff's opposition received 12/2/02 (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 12/11/2002) |
| 12/09/2002 | 229 | RESPONSE by ZOLTEK CORPORATION (Service: 11/27/02) to [224-1] motion for additional examination of George P. Boyd. Reply due: 12/5/02. Filed by leave of the Judge. (LTD) (Entered: 12/11/2002) |
| 12/19/2002 | 230 | MOTION by ZOLTEK CORPORATION (Service : 12/18/02 ) to Compel discovery responses regarding the Boyd Deposition. Response due: 1/6/03 (JT) (Entered: 12/27/2002) |
| 12/23/2002 | 231 | RESPONSE by USA (Service: 12/23/02 ) to [230-1] motion to Compel discovery responses regarding the Boyd Deposition. Reply due: 1/9/03 (HW) (Entered: 12/31/2002) |
| 01/02/2003 | 232 | REPLY by ZOLTEK CORPORATION to response to [230-1] motion to |

| | | |
|---|---|---|
| | | Compel discovery responses regarding the Boyd Deposition. Service: 12/30/02. (LTD) (Entered: 01/07/2003) |
| 01/09/2003 | 233 | JOINT MOTION to Extend Time to complete discovery until 7/16/03 and to Extend Timei to file the joint status report until 7/23/03. (LTD) (Entered: 01/13/2003) |
| 01/13/2003 | 234 | ORDER granting [233-1] joint motion to Extend Time to complete discovery, granting [233-2] joint motion to Extend Timei to file the joint status report Discovery deadline is 7/16/03 , Joint Status Report due 7/23/03 , and Telephonic Status Conference set for 10:00 a.m. on 7/30/03 (signed by Chief Judge Edward J. Damich). Copy to parties. (LTD) (Entered: 01/21/2003) |
| 03/26/2003 | 235 | STATUS CONFERENCE ORDER: Status Conference set for 8/14/2003 02:00 PM before Chief Judge Edward J. Damich. Signed by Judge Edward J. Damich. (lrd) (Entered: 03/31/2003) |
| 07/02/2003 | 236 | STATUS CONFERENCE ORDER:A Status Conference has been scheduled for 7/16/2003 11:00 AM before Chief Judge Edward J. Damich to discuss the parties' discovery deadline and pending motions concerning discovery. All parties may appear by telephone. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 07/07/2003) |
| 07/15/2003 | 238 | JOINT MOTION for Extension of Time of All Dates by UNITED STATES, ZOLTEK CORPORATION. Response due by 8/1/2003. (jcp, ) (Entered: 07/17/2003) |
| 07/16/2003 | 237 | ORDER: 1) [167] Dft's Motion for Partial Summary Judgment Pursuant to RCFC 56 With Respect To Silicon Carbide Fiber Sheet Products Used By the F-22 Program is DENIED. A written opinion setting forth the reasons for the Court's decision will follow; 2) [230] Zoltek's Motion to Compel Discovery Responses Regarding the Boyd Deposition is DENIED; 3) Zoltek's July 30, 2003 Motion to Compel Discovery is STAYED until the parties have reviewed the Court's decision on Dft's Motion for Partial Summary Judgment with respect to the F-22 Program, a status conference has been conducted, and a time schedule for future proceedings has been determined; 4) The Court shall enlarge the time period for discovery in this case from 7/16/03 until 1/16/04; 5) The joint status report, scheduled to be filed on or before 7/23/03, shall now be filed on or before 1/23/04; 6) The status conference scheduled for 8/14/03 at 2:00 pm is cancelled and shall be rescheduled by Chambers at a later date. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 07/16/2003) |
| 07/16/2003 | | Set/Reset Deadlines: Discovery due by 1/16/2004. Joint Status Report due by 1/23/2004. (jcp, ) (Entered: 07/16/2003) |
| 07/16/2003 | | Set/Reset Transcript Deadlines: Transcript due by 8/18/2003. (vp1, ) (Entered: 07/16/2003) |
| 08/04/2003 | 239 | ORDER granting [238] Joint Motion for Extension of Time of All Dates. It is ORDERED that the parties adhere to the following time schedule unless otherwise directed by this Court: 1) Fact Discovery shall close on |

| | | |
|---|---|---|
| | | 2/16/2004; 2) Exchange of Expert Reports shall take place on or before 4/16/04; 3) Expert Discovery shall close on 5/16/2004; 4) All dispositive motions shall be filed on or before 7/16/04. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 08/05/2003) |
| 08/04/2003 | | Set/Reset Deadlines: Dispositive Motion(s) due by 7/16/2004. (jcp, ) (Entered: 08/05/2003) |
| 08/11/2003 | 240 | ORDER: On August 4, 2003, the Court granted the parties' Joint Motion for Extension of Time of All Dates re: [239] Order. Nevertheless, there was an error in the time schedule with respect to the date for the close of fact discovery. It is hereby ORDERED that Fact Discovery shall close on February 16, 2004, not February 16, 2003. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 08/13/2003) |
| 08/15/2003 | 241 | TRANSCRIPT of Proceedings held on July 16, 2003 before Chief Judge Edward J. Damich. (dw1, ) (Entered: 08/15/2003) |
| 11/26/2003 | 242 | SEALED OPINION: For the reasons stated above, Dft's Motion for Partial Summary Judgment is DENIED. Pltf is granted leave to amend its complaint in light of this ruling. If Pltf chooses to do so, it has 14 days (12/10/2003) to amend its complaint to allege a taking of its patent rights by the government ouside of 1498. The parties are ORDERED to file, within 14 days after Pltf files its amended complaint, a Joint Status Report. This matter is subject to a Protective Order. The opinion shall be filed under seal until the parties review the opinion to see if any information should be redacted prior to publication. The parties shall file a joint report indicating any such information that should be redacted within 10 days of the filing of this opinion.. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 12/03/2003) |
| 12/04/2003 | 243 | JOINT MOTION for Extension of Time until 12/22/2003 to Submit Amended Complaint and until 12/31/2003 to Submit Joint Status Report by USA, ZOLTEK CORPORATION. Response due by 12/22/2003. (jcp, ) (Entered: 12/10/2003) |
| 12/09/2003 | 244 | PUBLISHED OPINION (Originally Filed Under Seal: 11/26/2003): For the reasons stated above, Dft's Motion for Partial Summary Judgment is DENIED. Pltf is granted leave to amend its complaint in light of this ruling. If Pltf chooses to do so, it has 14 days (12/10/2003) to amend its complaint to allege a taking ofits patent rights by the government ouside of 1498. The parties are ORDERED to file, within 14 days after Pltf files its amended complaint, a Joint Status Report. This matter is subject to a Protective Order. The opinion shall be filed under seal until the parties review the opinion to see if any information should be redacted prior to publication. The parties shall file a joint report indicating any such information that should be redacted within 10 days of the filing of this opinion.Signed by Judge Edward J. Damich. (jcp, ) (Entered: 12/12/2003) |
| 12/11/2003 | 245 | ORDER granting [243] Joint Motion for Extension of Time. Pltf has until 12/22/2003 to file an Amended Complaint, and the Joint Status Report in |

| | | |
|---|---|---|
| | | this case is now due on 12/31/2003. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 12/15/2003) |
| 12/22/2003 | 246 | SECOND AMENDED COMPLAINT. Service: 12/19/03.(jcp, ) (Entered: 12/29/2003) |
| 12/22/2003 | 247 | ANSWER to the [246] Second Amended Complaint by USA.Service: 12/22/03. JPSR due by 2/12/2004.(jcp, ) (Entered: 12/29/2003) |
| 12/31/2003 | 248 | JOINT STATUS REPORT by USA, ZOLTEK CORPORATION. (jcp, ) (Entered: 01/08/2004) |
| 02/03/2004 | 249 | MOTION to Amend the [244] Court's Published Opinion of 12/9/2003, and MOTION to Certify an Issue for Interlocutory Appeal Pursuant to 28 USC 1292(d)(2), by USA.Service: 2/3/2004. Response due by 2/20/2004. Response due by 2/20/2004. (jcp, ) (Entered: 02/09/2004) |
| 02/04/2004 | | Set/Reset Transcript Deadlines: Transcript due by 3/5/2004. (vp1, ) (Entered: 02/04/2004) |
| 02/06/2004 | | Minute Entry for proceedings held before Chief Judge Edward J. Damich: Status Conference held on 2/5/2004. (amf) (Entered: 02/06/2004) |
| 02/20/2004 | 250 | ORDER certifying that the issue decided in the court's March 14, 2002 opinion of whether or not Section 1498(c) bars plaintiff's claim presents a controlling question of law with respect to which there is substantial ground for differences of opinion. Pursuant to 28 USC Section 1292(d) an immediate appeal from the opinion of March 14, 2002 will materially advance the termination of this litigation. Signed by Judge Edward J. Damich. (lld, ) (Entered: 02/27/2004) |
| 02/20/2004 | 251 | ORDER certifying pursuant to 28 USC Section 1292(d) that the issue determined in the court's December 9, 2003 opinion of this court's jurisdiction under the Fifth Amendment presents a controlling question of law with respect to which there is substantial ground for differences of opinion. Signed by Judge Edward J. Damich. (lld, ) (Entered: 02/27/2004) |
| 03/02/2004 | 253 | NOTICE of Docketing re: a petition for permission to appeal has been filed in CAFC ( Miscellaneous Number 759 ) by USA. Service: 3/2/2004. (hw1, ). (Entered: 03/19/2004) |
| 03/08/2004 | 254 | NOTICE of Docketing re: a petition for permission to file an appeal has been filed in CAFC (Miscellaneous Number 759) by ZOLTEK CORPORATION. Service: 3/8/2004.(hw1, ) . (Entered: 03/19/2004) |
| 03/17/2004 | 252 | ORDER: [246] Pltf's Second Amended Complaint is hereby deemed amended to state a cause of action for the taking by the Government of property rights conferred to Pltf by 35 USC 154 and 271. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 03/18/2004) |
| 04/13/2004 | 255 | OPINION granting in part and denying in part [202] Motion to Compel. FILED UNDER SEAL Signed by Judge Edward J. Damich. (lld, ) |

| | | |
|---|---|---|
| | | (Entered: 04/16/2004) |
| 04/23/2004 | 257 | Court of Appeals for the Federal Circuit ORDER granting the plaintiff's and defendant's respective petitions for permission to file interlocutory appeals in this case. (hw1, ) (Entered: 06/01/2004) |
| 04/26/2004 | 256 | DISCOVERY SCHEDULING ORDER: Discovery in this case on the B-2 Program is hereby extended until 10/31/2004. Parties have until that date to complete all outstanding discovery. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 04/28/2004) |
| 04/27/2004 | | Minute Entry for proceedings held before Chief Judge Edward J. Damich: Status Conference held on 4/27/04. (sms) (Entered: 04/27/2004) |
| 04/29/2004 | | Set/Reset Transcript Deadlines: Transcript due by 5/27/2004. (vp1, ) (Entered: 04/29/2004) |
| 05/28/2004 | 258 | TRANSCRIPT of Proceedings in One Volume held on 4/27/2004 before Chief Judge Edward J. Damich. (jcp, ) (Entered: 06/02/2004) |
| 06/02/2004 | 263 | CAFC Case Number 04-5102 for [259] Notice of Interlocutory Appeal filed by ZOLTEK CORPORATION. (hw1, ) (Entered: 07/16/2004) |
| 06/02/2004 | 264 | CORRECTED - CAFC Case Number 04-5100 for [261] Notice of Interlocutory Appeal filed by USA. (hw1, ) (Entered: 07/21/2004) |
| 06/10/2004 | 259 | NOTICE OF INTERLOCUTORY APPEAL by ZOLTEK CORPORATION. Filing fee $ 255.00, receipt number 060767. Pursuant to CAFC Order granting permission to file petition. (Docket entry - not a paper document.) (hw1,) (Entered: 06/10/2004) |
| 06/10/2004 | 260 | CAFC Case Number 04-5102 for [259] Notice of Interlocutory Appeal filed by ZOLTEK CORPORATION. (hw1, ) (Entered: 06/10/2004) |
| 06/10/2004 | 261 | NOTICE OF INTERLOCUTORY APPEAL by USA. Pursuant to CAFC Order granting permission to file petition. (Docket entry - not a paper document) (hw1, ). (Entered: 06/10/2004) |
| 06/10/2004 | 262 | CAFC Case Number 04-5100 for [261] Notice of Interlocutory Appeal filed by USA. (hw1, ) (Entered: 06/10/2004) |
| 08/16/2004 | 265 | ORDER RETURNING: Third-party Northrop Grumman Corp's filing is being returned as incorrectly filed. The document was not signed by the attorney of record. While another party may sign on behalf of the attorney of record, he or she must sign the document with his or her own name, and not initials, as was done in this case. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 08/18/2004) |
| 08/25/2004 | 266 | FURTHER CORRECTED STATEMENT Re: Production of Documents and Things in Light of Order on Motion to Compel, by NORTHROP GRUMMAN CORPORATION. [FILED BY LEAVE OF THE JUDGE] Service: 8/24/2004.(jcp, ) (Entered: 08/25/2004) |
| 10/19/2004 | 267 | MOTION for Extension of Time to Close of Discovery,until June 30, 2005, by USA, ZOLTEK CORPORATION. Response due by 11/5/2004 |

| | | |
|---|---|---|
| | | (lg1, ) (Entered: 10/28/2004) |
| 10/26/2004 | 268 | SCHEDULING ORDER: Discovery due by 3/31/2005. Post-discovery Status Report due by 4/15/2005. Signed by Chief Judge Edward J. Damich. (dw1) (Entered: 10/29/2004) |
| 03/17/2005 | 269 | MOTION for Extension of Time to Complete Fact Discovery, until 9/30/2005, filed by ZOLTEK CORPORATION.Service: 3/17/2005. Response due by 4/4/2005.(mb2, ) (Entered: 03/21/2005) |
| 03/23/2005 | 270 | ORDER RETURNING UNFILED: Plaintiff's Motion to Show Cause Why Third Party Northrop Grumman Corp. Should Not Be Held in Contempt of Court received 3/18/2005. Signed by Chief Judge Edward J. Damich. (mb2, ) (Entered: 03/28/2005) |
| 03/23/2005 | 271 | ORDER granting [269] Motion for Extension of Time to Complete Fact Discovery.Fact Discovery due by 9/30/2005. Post-Discovery Joint Status Report due by 10/14/2005. Signed by Chief Judge Edward J. Damich. (mb2, ) (Entered: 03/28/2005) |
| 04/01/2005 | 272 | MOTION for Order to Show Cause Why Third Party Northrop Grumman Corporation Should Not Be Held in Contempt of Court, (Exhibit One Filed Under Seal) filed by ZOLTEK CORPORATION.Service by hand on defendant; my mail on Northrop Grumman: 4/1/2005. Response due by 4/15/2005 for defendant and 4/18/05 for Northrop Grumman.(mb2, ) Modified on 4/29/2005 to reflect that service was by hand on defendant and correct response due date. (dls ). (Entered: 04/07/2005) |
| 04/18/2005 | 273 | RESPONSE to [272] MOTION for Order to Show Cause, (Exhibit 2 under seal per Order [276]) filed by NORTHROP GRUMMAN CORPORATION. Reply due by 5/2/2005. Service: 4/18/2005.(mb2, ) Modified on 4/21/2005 (mb2, ). (Entered: 04/20/2005) |
| 04/20/2005 | 274 | RESPONSE to [272] MOTION for Order to Show Cause, filed by USA. Reply due by 5/2/2005. Service: 4/20/2005.(mb2, ) Modified on 6/21/2005 (jat, ). (See Order of 6/21/05 Striking this document) (Entered: 04/21/2005) |
| 04/20/2005 | 275 | MOTION to Seal Exhibit 2 to Northrop Grumman Corporation's Opposition to Zoltek's Motion for Sanctions and Remove the Same from the Public Record, filed by USA. Service: 4/20/2005. Response due by 5/9/2005. (mb2, ) (Entered: 04/21/2005) |
| 04/21/2005 | 276 | ORDER granting [275] Motion to Seal, Signed by Judge Emily C. Hewitt for Chief Judge Edward J. Damich. (mb2, ) Modified on 4/21/2005 (mb2, ). (Entered: 04/21/2005) |
| 04/28/2005 | 277 | REPLY to Response to Motion re [272] MOTION for Order to Show Cause filed by ZOLTEK CORPORATION. Service: 4/28/2005 by hand on Defendant, by other means to other Parties.(mb2, ) (Entered: 04/29/2005) |
| 04/28/2005 | 278 | Reply to [274] Response to Motion, filed by ZOLTEK CORPORATION. Service: 4/28/2005 by hand on defendant, by other means to other |

| | | |
|---|---|---|
| | | parties.(mb2, ) (Entered: 04/29/2005) |
| 05/04/2005 | 279 | ORDER directing the Clerk of the Court to designate this case as an ECF case. All future filings shall be in electronic form pursuant to General Order 42A. Furthermore, as Plaintiff's counsel has not registered and been trained in the ECF system, counsel for Plaintiff is hereby ordered to do so on or before 5/13/05. Signed by Judge Edward J. Damich. (jat, ) (Entered: 05/06/2005) |
| 05/04/2005 | 280 | NOTICE of Designation of Electronic Case. (jat, ) (Entered: 05/06/2005) |
| 06/21/2005 | 281 | ORDER denying [272] Plaintiff's Motion for Order to Show Cause, and striking Defendant's April 20, 2005 statement in response to Plaintiff's motion. Signed by Chief Judge Edward J. Damich. (jpk) (Entered: 06/21/2005) |
| 07/18/2005 | 282 | STATUS CONFERENCE ORDER: Post-Discovery Telephonic Status Conference set for 10/27/2005 at 10:00 AM before Chief Judge Edward J. Damich. Signed by Chief Judge Edward J. Damich. (jpk) (Entered: 07/18/2005) |
| 08/04/2005 | 283 | MOTION Modify the Court's Order of April 13, 2004 filed by ZOLTEK CORPORATION. Response due by 8/22/2005. (Monco, Dean) (Entered: 08/04/2005) |
| 08/04/2005 | 284 | MEMORANDUM re: 283 Motion for Miscellaneous Relief by ZOLTEK CORPORATION. (Monco, Dean) (Entered: 08/04/2005) |
| 08/05/2005 | | ORDER re: 283 Plaintiff's MOTION to Modify and 284 Memorandum in support. It is hereby ORDERED that, in the future, the parties shall file a motion with its corresponding memorandum in one document. Signed by Chief Judge Edward J. Damich. (jpk) (Entered: 08/05/2005) |
| 08/12/2005 | 285 | MOTION for Extension of Time to Complete Discovery,until March 30, 2006, filed by ZOLTEK CORPORATION. Response due by 8/29/2005. (Monco, Dean) (Entered: 08/12/2005) |
| 08/16/2005 | 286 | ORDER granting in part and denying in part 285 Motion for Extension of Time to Complete Discovery. Fact Discovery closes 1/31/2006. Post-discovery Joint Status Report is due on or before 2/14/2006. Post-discovery Telephonic Status Conference set for 2/22/2006 at 10:00 AM before Chief Judge Edward J. Damich.Signed by Chief Judge Edward J. Damich. (jpk) (Entered: 08/16/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/19/2005 12:33:29 | | | |
| **PACER Login:** | wp0051 | **Client Code:** | 01111 |
| **Description:** | Docket Report | **Search Criteria:** | 1:96-cv-00166-EJD |
| | | | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document entitled:

1. Zoltek's Motion for Reconsideration and Clarification

has been served by Federal Express, next day delivery, this 23rd day of August, 2005 to attorneys for Defendant:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/Dean A. Monco
Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation