**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation, | ) | |
| Plaintiff, | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ZOLTEK'S MOTION TO HAVE THE COURT'S APRIL 13, 2004 ORDER FILED UNDER SEAL**

Plaintiff, Zoltek Corporation (hereinafter "ZOLTEK"), respectfully moves this Court for an Order directing the Clerk of the Court to: remove the copy of this Court's April 13, 2004 Order in the following designated document from the public record, and place it under seal:

Exhibit 1 - Memorandum In Support of Zoltek's Motion to Modify the Court's Order of April 13, 2004 (Docket No. 284).

In preparing its Reply Brief in Support of its Motion to Modify the Court's April 13, 2004, originally filed under seal, Zoltek's counsel realized that the above identified Exhibit had not been filed under seal. Zoltek requests the Court to issue an Order to correct this oversight. Zoltek's counsel apologizes to the Court for this error.

Respectfully submitted,

Dated: August 25, 2005

s/Dean A. Monco
Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel.: (312) 876-1800 Fax: (312) 876-2020
Counsel for Plaintiff
Zoltek Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document entitled:

1. Zoltek's Motion To Have the Court's April 13, 2004 Order filed Under Seal

has been served via facsimile and First Class Mail to attorneys for Defendant, the United States, this 25th day of April, 2005, at the following address:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

Joseph F. Coyne
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448

Mark S. Greenstone
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448

/s/ Dean A. Monco
Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation