IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 96-166C<br><br>Chief Judge Edward J. Damich |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL CITATION OF AUTHORITY TO MEMORANDUM OF THE UNITED STATES IN OPPOSITION TO ZOLTEK'S MOTION TO AMEND THE COURT'S ORDER OF APRIL 13, 2004**

Defendant hereby moves to supplement its Opposition of the United States to Zoltek's Motion to Modify the Court's Order of April 13, 2004 with citation to the opinion of the United States Court of Appeals for the Federal Circuit in *Crater Corp. v. Lucent Technologies, Inc.*, Slip Op. at 14-15 (Sept. 7, 2005) (discussing the procedure that a court should follow in evaluating claims where the United States has asserted the military and state secrets privilege). We will provide argument as to the relevance of this case – particularly, in light of the assertions in plaintiff's reply brief – during the oral argument.

The slip opinion is attached for the convenience of the court and plaintiff.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

*s/Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345
e-mail: gary.hausken@usdoj.gov

September 14, 2005

Attorneys for the United States