# In the United States Court of Federal Claims

No. 96-166 C
(Filed: September 22, 2005)

********************************
ZOLTEK CORPORATION,
Plaintiff,

v.

THE UNITED STATES,
Defendant.
********************************

**ORDER**

On August 4, 2005, Plaintiff filed a Motion to Modify the Court's Order of April 13, 2004. Oral argument on that motion was held on September 21, 2005.

As discussed at the oral argument, the Court hereby ORDERS that, on or before October 7, 2005, Plaintiff serve its request for certain discovery documents to Defendant, and provide a courtesy copy of such request to the Court by facsimile on the same date.

The Court further ORDERS that the parties shall appear for a status conference on October 21, 2005, at 10:00 am Eastern Time. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge