**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation, | ) | |
| Plaintiff, | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ZOLTEK'S REQUEST THAT THE OCTOBER 21, 2005**
**STATUS CONFERENCE BE MADE OF RECORD**

In accordance with the Court's order of September 22, 2005, Plaintiff Zoltek Corporation respectfully requests that the status conference scheduled for Friday, October 21, 2005 at 10:00 a.m. (EST) be made of record, and that an official court reporter be present for the telephonic status conference.

Respectfully submitted,

Dated: October 14, 2005

/s/ Dean A. Monco
Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel.: (312) 876-1800
Fax: (312) 876-2020
Email: damonco@woodphillips.com

Attorneys for Plaintiff, Zoltek Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2005, a copy of the foregoing Zoltek's Request That the October 21, 2005 Status Conference Be Made of Record was filed electronically. Notice of this filing will be sent to the following party via telefax, first class mail and by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco
Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation
Tel: 312-876-1800
Fax: 312-876-2020