# In the United States Court of Federal Claims

No. 96-166 C
(Filed: November 10, 2005)

| | |
|---|---|
| ********************************* | |
| | * |
| **ZOLTEK CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | |

## ORDER

On August 23, 2005, Plaintiff filed a Motion for Reconsideration and Clarification. In that motion, Plaintiff asked for clarification regarding discovery pertaining to the F-22 Fighter Plane, in view of the pending appeal before the Court of Appeals for the Federal Circuit. As stated for the record in the status conference held on October 21, 2005, discovery relating to the F-22 is hereby stayed pending the decision by the Federal Circuit.

Pursuant to the status conference held on November 9, 2005, the Court ORDERS that Defendant appear for an *in camera* meeting on **December 19, 2005 at 10:00 am**. On or before December 12, 2005, Defendant shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483, to designate the location for that meeting. Defendant shall also provide a court reporter for the meeting.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge