IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, | ) | |
| Plaintiff, | ) | No. 96-166C |
| v. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE AN APPENDIX IN EXCESS OF 50 PAGES IN SUPPORT OF THE OPPOSITION OF THE UNITED STATES TO ZOLTEK'S MOTION FOR SANCTIONS UNDER RULE 37(c)**

The United States hereby moves for leave to file an appendix in excess of 50 pages in support of its opposition to Zoltek's Motion for Sanctions, Docket Nos. 299 and 300. The Government anticipates that it will file an appendix consisting of 88 pages (not including exhibit cover sheets or dividers). In addition, the Government anticipates filing, by separate motion, a declaration of the Government's counsel for *in camera* review by the court, which will consist of an additional approximately eleven pages.

The extra pages are necessary to permit the United States to fully defend itself against the allegations that it has failed to timely produce the declaration of Mr. Moraveck. The Government's response must necessarily discuss several interrogatories and requests for production that Zoltek claims have been inaccurately or incompletely answered. Unfortunately, Zoltek has failed to provide the Court with the Government's complete responses to the

interrogatories in question. As a result, the Government provides copies of the correct responses (37 pages).

Further, as part of its defense of this motion, the Government discusses the testimony of Mr. Boyd, as that testimony relates to Mr. Moraveck's company, and the Government's request for further deposition of Mr. Boyd. These events are related to, and explain the delay in, producing the declaration of Mr. Moraveck (35 pages). The remainder of the pages are documents that provide background facts and the rationale behind the Government's actions.

For the reasons stated, and good cause having been shown, the United States requests that it be allowed to submit the an appendix of 88 pages or up to a total of 99 pages if the 11-page declaration submitted for *in camera* review by separate motion is included.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Gary L. Hausken
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345
Attorneys for the United States

December 15, 2005