IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, Plaintiff, | No. 96-166C |
| v. | Chief Judge Edward J. Damich |
| THE UNITED STATES, Defendant. | |

**MOTION FOR LEAVE TO FILE THE OPPOSITION OF THE UNITED STATES TO ZOLTEK'S MOTION FOR SANCTIONS UNDER RULE 37(c) UNDER SEAL**

In accordance with Paragraph I.7 of General Order 42A, the United States hereby moves for leave to file its opposition to Zoltek's Motion for Sanctions (Docket Nos. 299 and 300) under seal. In the opposition, the Government discusses documents designated as containing proprietary information of Zoltek Corporation or CAAP Company, and also the testimony of Mr. Boyd, which is believed to proprietary to Zoltek Corp. We note that Zoltek has filed part of its its motion and appendix under seal.

For the reasons stated, and good cause having been shown, the United States requests that it be allowed to file its motion and appendix under seal.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Gary L. Hausken
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345
Attorneys for the United States

December 16, 2005