**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 96-166 C<br><br>Chief Judge Edward J. Damich |

**ZOLTEK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF REGARDING ITS MOTION FOR SANCTIONS**

Plaintiff, Zoltek Corporation ("ZOLTEK") respectfully moves this Court for an Extension of Time to file its Reply Brief in support of its Motion for Sanctions, from January 3, 2006, to and including January 13, 2006.

## I. BASIS FOR MOTION

Zoltek filed its Motion for Sanctions Under 37 (c) of this Court on November 30, 2005. Contrary to the specific provisions of Rule 7.2 (a) of the Rules of this Court, the docketing receipt gave the U.S. until December 19, 2005 to file its opposition to Zoltek's Motion for Sanctions. On December 19, 2005, the U.S. filed its opposing brief, together with an appendix containing over 88 pages of documents. Additionally, the U.S. filed a Motion for Leave to File a Declaration *in camera* of the Government's Counsel in further support of its opposition to Zoltek's Motion for Sanctions. Zoltek's reply brief in support of its Motion for Sanctions is due January 3, 2006. Zoltek's brief in opposition to the motion for leave to file the declaration *in camera* is due January 5, 2006.

Zoltek's counsel will be out of the office on vacation from December 26, 2005 through January 2, 2006. Thereafter, Zoltek's counsel will be traveling to California on business on January 5-6, 2006. Zoltek requests the short additional time to review all of the materials that have been provided, and to prepare a proper response to both pending motions. The purpose of the requested extension is not for delay or for any other improper purpose.

Zoltek has contacted counsel for the Government regarding the present motion, and the

Government does not oppose Zoltek's request.

For the above stated reasons, Zoltek requests an extension of time to file its reply brief regarding its motion for sanctions, to and including January 13, 2006.

Respectfully submitted,

Dated: December 20, 2005

/s/ Dean A. Monco
Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel.: (312) 876-1800
Fax: (312) 876-2020
Email: damonco@woodphillips.com

Attorneys for Plaintiff, Zoltek Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 20, 2005**, a copy of the foregoing document entitled **Zoltek's Unopposed Motion For Extension Of Time To File Its Reply Brief Regarding The Motion For Sanctions** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's System. A copy was also sent by Federal Express, next day delivery, to:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco
Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation
Tel: 312-876-1800
Fax: 312-876-2020