**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 96-166 C<br><br>Chief Judge Edward J. Damich |

**ZOLTEK'S SECOND UNOPPOSED MOTION FOR A ONE (1) WEEK EXTENSION OF TIME TO FILE ITS REPLY BRIEF REGARDING THE MOTION FOR SANCTIONS**

Zoltek Corporation ("Zoltek") respectfully moves this Court for an additional one (1) week extension of time to submit its Reply Brief in Support of Its Motion for Sanctions Under Rule 37 of this Court, to and including January 20, 2006. Zoltek has contacted counsel for the defendant, the United States ("U.S."), and the U.S. does not object to Zoltek's requested extension.

This Court previously granted Zoltek a one (1) week extension of time to file its reply brief to and including January 13, 2006, due to the undersigned counsel's vacation and business travel spanning the two weeks after Christmas. Upon returning from business travel, the undersigned counsel is now required to deal with an urgent family matter which will require a substantial part of his attention during the present week. Additionally, the undersigned counsel learned yesterday that an in-law of a relative died, requiring the undersigned counsel to attend a funeral on Wednesday, January 11, 2005. Because of the time demands required to address these matters, the undersigned counsel for Zoltek requests an additional one (1) week extension of time to properly prepare a reply brief regarding the pending Motion for Sanctions.

The second requested extension herein is not for the purposes of delay, and is made in good faith.

For the above stated reasons, Zoltek requests an additional one (1) week extension of time to submit its Reply Brief on its Motion for Sanctions, to and including January 20, 2006.

Respectfully submitted,

Dated: January 9, 2006

/s/ Dean A. Monco

Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel.: (312) 876-1800
Fax: (312) 876-2020
Email: damonco@woodphillips.com

Attorneys for Plaintiff, Zoltek Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006 a copy of the foregoing document entitled **Zoltek's Second Unopposed Motion For Extension Of Time To File Its Reply Brief Regarding The Motion For Sanctions** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's System. A copy was also sent by Federal Express, next day delivery, to:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco
Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation
Tel: 312-876-1800
Fax: 312-876-2020