# In the United States Court of Federal Claims

No. 96-166 C
(Filed: January 18, 2006)

*********************************
**ZOLTEK CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*********************************

## ORDER

On December 20, 2006, Defendant's counsel and representatives from the Air Force met *in camera* with the Court to discuss the likely impact of Plaintiff's counsel applying for and obtaining security clearance on their ability to obtain the documents listed in the Request for Production of Documents and Things from Northrop Grumman filed on October 5, 2005. Subsequent to that meeting, Defendant's counsel, along with representatives of the United States Air Force, assisted the Court in preparing the following statement:

> The court, having met with representatives of the United States in camera, concludes that it would be useful to plaintiff if its counsel applied for eligibility to access national security information. Such access, if granted by the Department of Defense and the Air Force, would permit the plaintiff's counsel greater opportunity to pursue discovery. For example, if access is granted, counsel would be free to attend and pose questions to Messrs. Michael Capoccia and George Rogers at deposition, assuming the witnesses' answers are within the scope of counsel's approved access. Further, the United States could provide greater information regarding the use of carbon fiber in the B-2 than would be permissible if counsel are not cleared for access to such information.

This statement was read to Plaintiff's counsel at the status conference held on January 18, 2006. In view of the Court's recommendation, Plaintiff's counsel agreed to apply for security clearance.

Plaintiff's Motion to Modify the Court's Order of April 13, 2004, which was filed on August 13, 2005, is hereby stayed, pending the outcome of Plaintiff's application for security clearance.

Plaintiff's Motion for Reconsideration and Clarification filed August 23, 2004, requesting reconsideration of the Court's August 16, 2005, order, extending fact discovery specifically pertaining to the B-2 Bomber, is granted and is hereby extended until **June 30, 2006**. As stated in the order issued November 10, 2005, discovery pertaining to the F-22 Fighter Plane is stayed pending a decision on the appeal before the Court of Appeals for the Federal Circuit.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge