# In the United States Court of Federal Claims

No. 96-166 C
(Filed: January 25, 2006)

*********************************
*
**ZOLTEK CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************

## ORDER

On January 20, 2006, Plaintiff attempted to file its Reply Brief in Support of Its Motion for Sanctions under Rule 37 and attempted to file Exhibit 14 under seal. The Reply Brief fails to comport with Rules 5.2(a)(1)(A) and 5.2(a)(1)(G) of the Rules of the Court of Federal Claims (RCFC). Specifically, an index of the appendix is missing, which shall be located in both the front of the brief and the front of the attached appendix. Exhibit 14 fails to comport with RCFC 11, 7(b), 5.3(g), and 10(a). The exhibit shall be attached to the brief, include the caption and the judge's name, and be signed by the attorney of record.

Furthermore, pursuant to United States Court of Federal Claims General Order No. 42A, ¶ 7, all documents to be placed under seal shall not be filed electronically until authorized by the judge. A motion to file documents under seal shall be filed without the attached documents, and, only after the motion is granted, shall the documents be filed electronically. However, in view of the protective order issued December 3, 1996, and the large number of documents that need to be filed under seal in this case, the Court hereby grants leave to file electronically Exhibit 14 and all future documents under seal by either party.

Plaintiff's attempted filing is hereby stricken from the record. Plaintiff shall refile the corrected reply and exhibits, in compliance with the RCFC, on or before February 1, 2006.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge