# In the United States Court of Federal Claims

No. 96-166 C
(Filed: February 1, 2006)

*********************************

**ZOLTEK CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*********************************

## ORDER

On January 20, 2006, Plaintiff attempted to file its Reply Brief in Support of Its Motion for Sanctions under Rule 37. Because the attempted filing did not comport with the Rules of the Court of Federal Claims, it was stricken from the record, and Plaintiff refiled its reply on February 1, 2006.

On January 23, 2006, Defendant filed a Motion for Leave to File a Sur-Reply, or, In the Alternative, to Strike Plaintiff's Reply. The essence of Defendant's motion is that Plaintiff introduced new arguments in its reply that had not been presented in its original motion. Defendant's motion is hereby GRANTED. Defendant shall file its Sur-Reply on or before **February 15, 2006**.

This is the second time that Plaintiff has attempted to raise new arguments in a reply to Defendant's response to Plaintiff's motion. At the oral argument held on September 21, 2005, Plaintiff was admonished by the Court for raising new arguments in its reply to Defendant's response to Plaintiff's Motion to Modify the Court's Order of April 13, 2004. In the future, if Plaintiff presents new arguments in its reply, the Court will strike the reply from the record.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge