IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, Plaintiff, | ) | |
| v. | ) | No. 96-166C |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, Defendant. | ) | |

**MOTION BY THE UNITED STATES FOR RECOVERY OF COSTS AND ATTORNEY'S FEES**

The United States hereby requests an order of the Court permitting it to offset its costs associated with plaintiff's scheduling and subsequent cancellation of the Deposition of Gordon Sharpe in Knoxville, Tennessee that was scheduled for March 29, 2006 against the costs billed to the government in accordance with the Court's Order, Docket No. 318. The Government brings this motion pursuant to RCFC 30(g)(1) which provides:

> If the party giving the notice of the taking of a deposition fails to attend and proceed therewith and another party attends in person or by attorney pursuant to the notice, the court may order the party giving the notice to pay to such other party the reasonable expenses incurred by that party and that party's attorney in attending, including reasonable attorney's fees.

**STATEMENT IN SUPPORT OF MOTION**

Plaintiff, through its attorneys, noticed the deposition of Gordon Sharpe to begin at 9:30 on March 29, 2006 in Cedar Bluff, Tennessee (a suburb of Knoxville, Tennessee). Exhibit 1. Accordingly, Government counsel made arrangements for his attendance and traveled to

Knoxville on March 28, 2006, departing from his office at 12:00 noon, departing Reagan National Airport at 1:40 p.m., Eastern Time, and arriving in Knoxville at 3:10 p.m., Eastern Time. Exhibit 2.

Upon arrival at the airport in Knoxville, Government counsel received a message from Karen Sanderson purporting to be sent on behalf of Dean Monco, and stating that "[t]he deposition of Gordon Sharpe is postponed" because "[f]lights were cancelled out of Chicago due to air traffic control problems." Exhibit 3. Government counsel sought confirmation of the e-mail from Mr. Monco and Ms. Sanderson at 3:16 p.m., Eastern Time. Exhibit 3. Ms. Sanderson confirmed the message at 3:27 p.m., Eastern Time, stating "Dean called me from the airport and asked me to relay this information to you." Exhibit 3. Government counsel was able to return to Washington that same day, arriving at his residence at approximately 6:00 p.m., Eastern Time.

As a result of the aborted trip, the Government incurred travel costs of $556.60. The trip also resulted in the loss of 6 hours of attorney time, the reasonable cost of which is $140.91 per hour for a total of $845.46.[1]

On May 2, 2006, following the rescheduled deposition of Mr. Sharpe, the counsel for the parties met and conferred regarding this matter. Plaintiff's counsel stated that while he was willing to do whatever the law required him to do, he considered the cancellation to be in the

---

[1] Although the Government believes that it should be entitled to a lodestar rate based on comparative costs for patent attorneys with substantial litigation experience, it limits this fee request to a rate based on the attorney salary and benefits, including overheads.

nature of an "Act of God" for which he was not responsible.[2] Government counsel requested plaintiff's counsel to further consider its position and provide the Government with a response. Plaintiff has not responded further.

The Court should award the Government its costs and attorney's fees for two reasons. First, defendant – having incurred actual costs by having its counsel travel to Knoxville – should not be the one to bear the burden of plaintiff's last minute cancellation. The court's Rules generally favor the reimbursement of the party who does attend. RCFC 30(g); *cf.* RCFC 37(d)(1) ("If a party … fails to appear before the officer who is to take the deposition after being served with a proper notice … the court *shall* require the party failing to act … to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust."); *Cabot v. United States*, 35 Fed. Cl. 80, 81-82 (1996) (time waiting for witness to appear, delays in returning to counsel's home and duplicated preparation time were "caused by the failure" to attend).

Second, a review of flight schedules and maps indicates that options other than rescheduling the deposition were available to plaintiff's counsel. There are regularly scheduled flights from Chicago to Knoxville on two major airlines leaving Chicago as late as 7:41 p.m. Exhibit 4. Flights from Chicago to Knoxville are also scheduled in the morning, which would have allowed the deposition to start later but be completed on the scheduled date. And driving to

[2] Zoltek counsel attempted to place this instance in the same category as September 11, 2001, when counsel for both parties were precluded by the tragic events of that morning from attending document production and a deposition scheduled for that day in New York City. The cancellation asserted here clearly is not of the same magnitude, and the effect does not fall equally on both parties.

Knoxville was also an option (MapQuest.com states the driving time as being approximately 9 hours). In short, plaintiff's counsel could have borne the inconvenience while inconveniencing the government and the witness less. Yet, plaintiff's counsel apparently did not explore other options, electing to tell his assistant to notify Government counsel that the deposition was "postponed."

The Court has previously granted plaintiff its costs in bringing a motion for sanctions against the United States and ordered the Government to pay plaintiff's costs in conducting a further deposition of Zoltek's former employee Mr. Boyd, who is represented by Zoltek's counsel. *See* Docket No. 318. According, the United States requests that this Court allow the United States to off-set its costs and attorney's fees in this instance against any monies claimed by plaintiff under the Court's Order, Docket No. 318.

## CONCLUSION

Wherefore, the Government requests that the Court allow the Government an offset of $1402.06 against any sanction awarded by the Court pursuant to its Order Docket No. 318.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Gary L. Hausken

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345
Attorneys for the United States

June 13, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 96-166C<br><br>Chief Judge Edward J. Damich |

**MOTION BY THE UNITED STATES FOR RECOVERY OF COSTS AND ATTORNEY'S FEES**

# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, | ) | |
| Plaintiff, | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**REVISED NOTICE OF SUBPOENA FOR DEPOSITION AND PRODUCTION OF DOCUMENTS AND THINGS**

To: Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W., Room 11114
Washington, D.C. 20005

Please take notice that Plaintiff, Zoltek Corporation has issued the attached revised subpoena to Gordon E. Sharpe for deposition and document production at the time and place shown therein.

Respectfully submitted,

Date: March 10, 2006

[signature]

Dean A. Monco
John S. Mortimer
Attorneys for Plaintiff
Wood, Phillips, Katz, Clark & Mortimer
Citigroup Center
500 West Madison Street, Ste. 3800
Chicago, Illinois 60661-2511
312/876-1800

**CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for Zoltek Corporation and that I have this 10th day of March, served the within and foregoing Revised Notice of Subpoena for Deposition and Production of Documents and Things to all counsel of record by Federal Express, next day delivery, addressed as follows:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation

FORM 6

SUBPOENA

# United States Court of Federal Claims

Zoltek Corporation, Plaintiff

vs. No. 96-166C

THE UNITED STATES

SUBPOENA

To: Gordon E. Sharpe
11718 N. Monticello Drive
Farragut, Tennessee 37922

1. YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

   *Place of Testimony:* ______

   *Date and Time:* ______

2. YOU ARE COMMAN DED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

   *Place of Deposition:* Holiday Inn, 304 Cedar Bluff, Tennessee 37923

   *Date and Time:* March 29, 2006 at 9:30 a.m.

3. YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached List of Documents and Things.

   *Place:* Wood, Phillips et al., 500 W. Madison St., Ste. 3800, Chicago, Illinois 60661-2511

   *Date and Time:* March 23, 2006 at 10:00 a.m.

4. YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

   *Premises:* ______

   *Date and Time:* ______

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

[signature], Attorney for Plaintiff March 10, 2006

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Dean A. Monco
Wood, Phillips, Katz, Clark & Mortimer, 500 West Madison Street, Ste. 3800, Chicago, Illinois 60661-2511 (312) 876-1800

NOTE - If the place of travel is more than 100 miles (by the shortest usual means of travel) from the place where the subpoena is served, or if the place of the deposition is more than 100 miles from the place where the deponent resides, is employed or transacts business in person, the person served may regard the command as optional unless there is attached to the subpoena an order of the court requiring his/her appearance, notwithstanding the distance of travel. In any event, response to the subpoena will entitle the person to the fees and mileage allowed by law. (28 U.S.C. §1821)

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME) MANNER OF SERVICE

☐ Fees tendered for one day's attendance and mileage allowed by law. (Fees and mileage need not be tendered when the subpoena is issued on behalf of the United States or an officer or agency thereof.)

DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________ ______________________

DATE SIGNATURE OF SERVER

______________________

ADDRESS OF SERVER

RCFC 45.

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible

things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

## LIST OF DOCUMENTS AND THINGS

Fortafil Fibers, Inc. ("Fortafil") is hereby commanded to produce to Zoltek Corporation the following documents and things, not previously produced[1], at the date and time specified on the subpoena to which this document is attached:

1. All documents from 1984 to the present to/from Northrop Grumman Corporation ("Northrop") and/or any subsidiary, division or subcontractor of Northrop regarding the production, purchase and/or sale of carbon fibers having the following Fortafil product designations: 3(0), OPF(C), 3(C) and/or 3(C)(A).

2. All documents from 1984 to the present to/from Boeing Corporation ("Boeing") and/or any subsidiary, division or subcontractor of Boeing regarding the production, purchase and/or sale of carbon fibers having the following Fortafil product designations: 3(0), OPF(C), 3(C) and/or 3(C)(A).

3. All documents from 1984 to the present to/from International Paper, Inc. ("IP") and/or any subsidiary, division or subcontractor of IP regarding the production, purchase and/or sale of carbon fibers having the following Fortafil product designations: 3(0), OPF(C), 3(C) and/or 3(C)(A).

4. All documents from 1984 to the present to/from WLS Coatings, Inc. ("WLS") and/or any subsidiary, division or subcontractor thereof regarding the production, purchase and/or sale of carbon fibers having the following Fortafil product designations: 3(0), OPF(C), 3(C) and/or 3(C)(A).

[1] Fortafil provided documents responsive to a subpoena from the United States on or about May 21, 1997 with a transmittal letter signed by Louis A. Morris under the Akzo Nobel, Inc. letterhead.

5. All documents from 1984 to the present describing the manufacturing process(es) for producing carbon fibers, including but not limited to the temperatures to which the carbon fibers are heated, having the following Fortafil product designations: 3(0), OPF(C), 3(C) and/or 3(C)(A).

6. All sales records from 1984 to the present, including names of purchasers, quantities and dollar amounts, of carbon fibers having the following Fortafil product designations 3(0), OPF(C), 3(C) and 3(C)(A).

7. All documents to/from Northrop and/or any subsidiary, division or subcontractor of Northrop, from 1984 to the present specifying any temperatures and/or temperature ranges at which fibers were to be carbonized.

8. All documents to/from Boeing and/or any subsidiary, division or subcontractor of Boeing, from 1984 to the present specifying any temperatures and/or temperature ranges at which fibers were to be carbonized.

9. All documents to/from IP and/or any subsidiary, division or subcontractor of IP, from 1984 to the present specifying any temperatures and/or temperature ranges at which fibers were to be carbonized.

10. All documents from 1984 to the present describing the manufacturing process(es) for producing fibers in which the fibers were carbonized at temperatures less than about 1300°C.

11. Sales records from 1984 to the present, including the names of purchasers, quantities and dollar amounts, of fibers that were carbonized at temperatures less than about 1300°C.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 96-166C<br><br>Chief Judge Edward J. Damich |

**MOTION BY THE UNITED STATES FOR RECOVERY OF COSTS AND ATTORNEY'S FEES**

# EXHIBIT 2

**OMEGA WORLD TRAVEL**
PHONE: 1-804-747-7769
YOUR TRAVEL IS OUR BUSINESS
E-MAIL OMEGA WORLD TRAVEL

## eTicket Receipt Duplicate Copy

Print this page | Close window | Help

**Sabre Reservation Code: CPBHNQ**
Ticket number: 0371358329004
Issuing airline: US AIRWAYS
Date issued: 21MAR06
Customer number:
**Passenger: HAUSKEN/GARY**

Issuing agent:
Issuing agent:
IATA number:
Invoice number:

**28MAR06 US AIRWAYS US 2553**
From: WASHINGTON REAGAN, DC — Departs:140P Economy Confirmed
To: KNOXVILLE, TN — Arrives: 314P Fare basis: MCADCA
**Operated by: US AIRWAYS EXPRESS-PSA AIRLINES**
**Confirmation: BHKXOD**

**30MAR06 US AIRWAYS US 3740**
From: KNOXVILLE, TN — Departs:1035A Economy Confirmed
To: WASHINGTON REAGAN, DC — Arrives:1200N Fare basis: MCADCA
**Operated by: US AIRWAYS EXPRESS-AIR WISCONSIN**
**Confirmation: BHKXOD**

**Form of payment:** Credit Card -

Endorsement / restrictions: NONE

Fare calculation line:
WAS US TYS240.93MCADCA US WAS240.93MCADCA 481.86 END ZPDCATYS
XT5.00AY9.00XFDCA4.5TYS4.5

| | |
|---|---|
| **Fare:** | **USD 481.86** |
| **Taxes/fees/charges** | |
| **Taxes/fees/charges:** | **USD 36.14 US US Transportation Tax** |
| **Taxes/fees/charges:** | **USD 6.60 ZP US Segment Tax** |
| **Taxes/fees/charges:** | **USD 14.00 XT Combined Taxes** |
| **Total:** | **USD 538.60** |

**Positive identification required for airport check in**

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important legal notices.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 96-166C<br><br>Chief Judge Edward J. Damich |

**MOTION BY THE UNITED STATES FOR RECOVERY OF COSTS AND ATTORNEY'S FEES**

# EXHIBIT 3

From: KSanderson@woodphillips.com
Sent: Tuesday, March 28, 2006 3:27 PM
To: Hausken, Gary (CIV)
Subject: RE: Zoltek vs. U.S. (Case No. 96-166C)

Mr. Hausken:

Yes, that is correct. The deposition has been postponed. Dean called me from the airport and asked me to relay this information to you. If we can be of any further help in this matter, please let us know.

Karen Sanderson

-----Original Message-----
From: Gary.Hausken@usdoj.gov [mailto:Gary.Hausken@usdoj.gov]
Sent: Tuesday, March 28, 2006 2:16 PM
To: Karen Sanderson; Dean A. Monco
Subject: Re: Zoltek vs. U.S. (Case No. 96-166C)

Please confirm that the deposition will not be held tomorrow. I am already in Tennessee.

Gary L. Hausken
Assistant Director
Intellectual Property Staff
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone: 202-307-0342
Facsimile: 202-307-0345

--------------------------------------------------------------------
Sent from my BlackBerry Wireless Handheld
--------------------------------------------------------------------

-----Original Message-----
From: KSanderson@woodphillips.com <KSanderson@woodphillips.com>
To: Hausken, Gary (CIV) <ghausken@CIV.USDOJ.GOV>
Sent: Tue Mar 28 14:56:14 2006
Subject: Zoltek vs. U.S. (Case No. 96-166C)

The deposition of Gordon Sharpe is postponed. Flights were cancelled out of Chicago due to air traffic control problems.

I will call you tomorrow.

Sincerely,

Dean A. Monco

Karen A. Sanderson
Wood, Phillips et al
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562
(312) 876-1800 (phone)
(312) 876-2020 (telefax)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, Plaintiff, | ) | No. 96-166C |
| v. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, Defendant. | ) | |

**MOTION BY THE UNITED STATES FOR RECOVERY OF COSTS AND ATTORNEY'S FEES**

# EXHIBIT 4

OAG®

## Results for Search Chicago (CHI) to Knoxville (TYS)

Close window

OAGflights.com™

## Flight summary results

## Chicago to Knoxville

## Friday, June 09, 2006

★ Indicates this flight is operated by another airline

**Result page: 1**

| Depart | Arrive | Flight No. and Airline | |
|---|---|---|---|
| | | | Direct Flight |
| 7:19am Jun 9 (ORD) | 9:53am Jun 9 (TYS) | UA 6885 United Airlines ★ | 1 hr 34 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 7:30am Jun 9 (ORD) | 9:53am Jun 9 (TYS) | AA 4149 American Airlines ★ | 1 hr 23 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 11:22am Jun 9 (ORD) | 1:49pm Jun 9 (TYS) | AA 4014 American Airlines ★ | 1 hr 27 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 11:25am Jun 9 (ORD) | 1:59pm Jun 9 (TYS) | UA 7984 United Airlines ★ | 1 hr 34 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 1:13pm Jun 9 (ORD) | 3:46pm Jun 9 (TYS) | AA 4251 American Airlines ★ | 1 hr 33 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 1:40pm Jun 9 (ORD) | 4:21pm Jun 9 (TYS) | UA 6877 United Airlines ★ | 1 hr 41 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 4:12pm Jun 9 (ORD) | 6:53pm Jun 9 (TYS) | UA 5882 United Airlines ★ | 1 hr 41 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 6:45pm Jun 9 (ORD) | 9:26pm Jun 9 (TYS) | UA 8065 United Airlines ★ | 1 hr 41 mins |
| | | check status check availability | view details |
| | | | Direct Flight |
| 7:41pm Jun 9 (ORD) | 10:15pm Jun 9 (TYS) | AA 4084 American Airlines ★ | 1 hr 34 mins |
| | | check status check availability | view details |

**Result page: 1**

OAG®

**Results for Search Chicago (CHI) to Knoxville (TYS)**

Close window

OAGflights.com™

## Flight summary results

## Chicago to Knoxville

## Friday, June 09, 2006

★ Indicates this flight is operated by another airline

**Result page: 1 2 3**

| Depart | Arrive | Flight No. and Airline | |
|---|---|---|---|
| | | | **Connecting Flights** |
| 11:35am Jun 9 (MDW) | 2:34pm Jun 9 (ATL) | DL 4482 Delta Air Lines ★ | Change at Atlanta |
| | | check status check availability | view details |
| 3:43pm Jun 9 (ATL) | 4:35pm Jun 9 (TYS) | DL 6459 Delta Air Lines ★ | 4 hrs 0 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 11:50am Jun 9 (ORD) | 2:48pm Jun 9 (ATL) | DL 1111 Delta Air Lines | Change at Atlanta |
| | | check status check availability | view details |
| 3:43pm Jun 9 (ATL) | 4:35pm Jun 9 (TYS) | DL 6459 Delta Air Lines ★ | 3 hrs 45 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 12:08pm Jun 9 (ORD) | 2:29pm Jun 9 (DTW) | NW 530 Northwest Airlines | Change at Detroit |
| | | check status check availability | view details |
| 3:06pm Jun 9 (DTW) | 4:50pm Jun 9 (TYS) | NW 2954 Northwest Airlines ★ | 3 hrs 42 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 12:08pm Jun 9 (ORD) | 2:29pm Jun 9 (DTW) | CO 5036 Continental Airlines ★ | Change at Detroit |
| | | check status check availability | view details |
| 3:06pm Jun 9 (DTW) | 4:50pm Jun 9 (TYS) | CO 7215 Continental Airlines ★ | 3 hrs 42 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 12:15pm Jun 9 (ORD) | 3:04pm Jun 9 (CLT) | US 1030 US Airways | Change at Charlotte |
| | | check status check availability | view details |
| 4:15pm Jun 9 (CLT) | 5:11pm Jun 9 (TYS) | US 2379 US Airways ★ | 3 hrs 56 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 12:15pm Jun 9 (ORD) | 3:04pm Jun 9 (CLT) | US 1030 US Airways | Change at Charlotte |
| | | check status check availability | view details |
| 4:15pm Jun 9 (CLT) | 5:11pm Jun 9 (TYS) | UA 2941 United Airlines ★ | 3 hrs 56 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 12:15pm Jun 9 (ORD) | 3:04pm Jun 9 (CLT) | UA 2310 United Airlines ★ | Change at Charlotte |
| | | check status check availability | view details |

A15

| | | | |
|---|---|---|---|
| 4:15pm Jun 9 (CLT) | 5:11pm Jun 9 (TYS) | US 2379 US Airways ★ | 3 hrs 56 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 12:15pm Jun 9 (ORD) | 3:04pm Jun 9 (CLT) | UA 2310 United Airlines ★ | Change at Charlotte |
| | | check status | check availability | view details |
| 4:15pm Jun 9 (CLT) | 5:11pm Jun 9 (TYS) | UA 2941 United Airlines ★ | 3 hrs 56 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 1:10pm Jun 9 (ORD) | 4:21pm Jun 9 (ATL) | DL 858 Delta Air Lines | Change at Atlanta |
| | | check status | check availability | view details |
| 5:22pm Jun 9 (ATL) | 6:18pm Jun 9 (TYS) | DL 6194 Delta Air Lines ★ | 4 hrs 8 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 1:25pm Jun 9 (MDW) | 4:18pm Jun 9 (ATL) | DL 4536 Delta Air Lines ★ | Change at Atlanta |
| | | check status | check availability | view details |
| 5:22pm Jun 9 (ATL) | 6:18pm Jun 9 (TYS) | DL 6194 Delta Air Lines ★ | 3 hrs 53 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 1:40pm Jun 9 (ORD) | 4:02pm Jun 9 (CLE) | CO 2809 Continental Airlines ★ | Change at Cleveland |
| | | check status | check availability | view details |
| 5:00pm Jun 9 (CLE) | 6:20pm Jun 9 (TYS) | CO 2219 Continental Airlines ★ | 3 hrs 40 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 2:00pm Jun 9 (ORD) | 4:16pm Jun 9 (CLE) | US 5894 US Airways ★ | Change at Cleveland |
| | | check status | check availability | view details |
| 5:00pm Jun 9 (CLE) | 6:20pm Jun 9 (TYS) | CO 2219 Continental Airlines ★ | 3 hrs 20 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 3:45pm Jun 9 (ORD) | 6:40pm Jun 9 (CLT) | US 492 US Airways | Change at Charlotte |
| | | check status | check availability | view details |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | US 2599 US Airways ★ | 4 hrs 8 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 3:45pm Jun 9 (ORD) | 6:40pm Jun 9 (CLT) | US 492 US Airways | Change at Charlotte |
| | | check status | check availability | view details |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | UA 3220 United Airlines ★ | 4 hrs 8 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 3:45pm Jun 9 (ORD) | 6:40pm Jun 9 (CLT) | UA 2451 United Airlines ★ | Change at Charlotte |
| | | check status | check availability | view details |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | US 2599 US Airways ★ | 4 hrs 8 mins |
| | | check status | check availability | view details |
| | | | Connecting Flights |
| 3:45pm Jun 9 (ORD) | 6:40pm Jun 9 (CLT) | UA 2451 United Airlines ★ | Change at Charlotte |
| | | check status | check availability | view details |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | UA 3220 United Airlines ★ | 4 hrs 8 mins |
| | | check status | check availability | view details |

**A16**

| | | | |
|---|---|---|---|
| | | | **Connecting Flights** |
| 3:45pm Jun 9 (ORD) | 6:41pm Jun 9 (CLT) | UA 446 United Airlines | Change at Charlotte |
| | | check status check availability | view details |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | US 2599 US Airways ★ | 4 hrs 8 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 3:45pm Jun 9 (ORD) | 6:41pm Jun 9 (CLT) | UA 446 United Airlines | Change at Charlotte |
| | | check status check availability | view details |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | UA 3220 United Airlines ★ | 4 hrs 8 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 4:09pm Jun 9 (ORD) | 6:30pm Jun 9 (DTW) | NW 1248 Northwest Airlines | Change at Detroit |
| | | check status check availability | view details |
| 7:11pm Jun 9 (DTW) | 8:48pm Jun 9 (TYS) | NW 5874 Northwest Airlines ★ | 3 hrs 39 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 4:09pm Jun 9 (ORD) | 6:30pm Jun 9 (DTW) | CO 5527 Continental Airlines ★ | Change at Detroit |
| | | check status check availability | view details |
| 7:11pm Jun 9 (DTW) | 8:48pm Jun 9 (TYS) | CO 7925 Continental Airlines ★ | 3 hrs 39 mins |
| | | check status check availability | view details |

**Result page: 1 2 3**

**A17**

**Results for Search Chicago (CHI) to Knoxville (TYS)**

Close window

## Flight summary results

## Chicago to Knoxville

## Friday, June 09, 2006

★ Indicates this flight is operated by another airline

**Result page: 1 2 3**

| Depart | Arrive | Flight No. and Airline | |
|---|---|---|---|
| | | | **Connecting Flights** |
| 5:30am Jun 9 (ORD) | 7:49am Jun 9 (CVG) | DL 5672 Delta Air Lines ★ | Change at Cincinnati |
| | | check status check availability | view details |
| 8:50am Jun 9 (CVG) | 9:52am Jun 9 (TYS) | DL 6398 Delta Air Lines ★ | 3 hrs 22 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 5:40am Jun 9 (MDW) | 8:38am Jun 9 (ATL) | DL 5614 Delta Air Lines ★ | Change at Atlanta |
| | | check status check availability | view details |
| 9:45am Jun 9 (ATL) | 10:44am Jun 9 (TYS) | DL 5174 Delta Air Lines ★ | 4 hrs 4 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 6:05am Jun 9 (ORD) | 8:18am Jun 9 (CLE) | CO 2508 Continental Airlines ★ | Change at Cleveland |
| | | check status check availability | view details |
| 9:25am Jun 9 (CLE) | 10:45am Jun 9 (TYS) | CO 2803 Continental Airlines ★ | 3 hrs 40 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 7:20am Jun 9 (MDW) | 9:31am Jun 9 (DTW) | NW 662 Northwest Airlines | Change at Detroit |
| | | check status check availability | view details |
| 10:22am Jun 9 (DTW) | 11:57am Jun 9 (TYS) | NW 3738 Northwest Airlines ★ | 3 hrs 37 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 7:20am Jun 9 (MDW) | 9:31am Jun 9 (DTW) | CO 5662 Continental Airlines ★ | Change at Detroit |
| | | check status check availability | view details |
| 10:22am Jun 9 (DTW) | 11:57am Jun 9 (TYS) | CO 6338 Continental Airlines ★ | 3 hrs 37 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 7:30am Jun 9 (ORD) | 10:19am Jun 9 (CLT) | US 881 US Airways | Change at Charlotte |
| | | check status check availability | view details |
| 11:05am Jun 9 (CLT) | 12:15pm Jun 9 (TYS) | US 4307 US Airways ★ | 3 hrs 45 mins |
| | | check status check availability | view details |

**A18**

| | | | |
|---|---|---|---|
| | | | **Connecting Flights** |
| 7:30am Jun 9 (ORD) | 10:19am Jun 9 (CLT) | US 881 US Airways | Change at Charlotte |
| | | check status check availability | view details |
| 11:05am Jun 9 (CLT) | 12:15pm Jun 9 (TYS) | UA 3125 United Airlines ★ | 3 hrs 45 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 7:30am Jun 9 (ORD) | 10:19am Jun 9 (CLT) | UA 2238 United Airlines ★ | Change at Charlotte |
| | | check status check availability | view details |
| 11:05am Jun 9 (CLT) | 12:15pm Jun 9 (TYS) | US 4307 US Airways ★ | 3 hrs 45 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 7:30am Jun 9 (ORD) | 10:19am Jun 9 (CLT) | UA 2238 United Airlines ★ | Change at Charlotte |
| | | check status check availability | view details |
| 11:05am Jun 9 (CLT) | 12:15pm Jun 9 (TYS) | UA 3125 United Airlines ★ | 3 hrs 45 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 8:17am Jun 9 (MDW) | 11:15am Jun 9 (ATL) | DL 4261 Delta Air Lines ★ | Change at Atlanta |
| | | check status check availability | view details |
| 12:21pm Jun 9 (ATL) | 1:15pm Jun 9 (TYS) | DL 1545 Delta Air Lines | 3 hrs 58 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 8:40am Jun 9 (ORD) | 11:37am Jun 9 (ATL) | DL 1257 Delta Air Lines | Change at Atlanta |
| | | check status check availability | view details |
| 12:21pm Jun 9 (ATL) | 1:15pm Jun 9 (TYS) | DL 1545 Delta Air Lines | 3 hrs 35 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:00am Jun 9 (ORD) | 11:52am Jun 9 (CLT) | UA 7618 United Airlines ★ | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | US 2333 US Airways ★ | 3 hrs 31 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:00am Jun 9 (ORD) | 11:52am Jun 9 (CLT) | UA 7618 United Airlines ★ | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | UA 3762 United Airlines ★ | 3 hrs 31 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:00am Jun 9 (ORD) | 11:52am Jun 9 (CLT) | US 7802 US Airways ★ | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | US 2333 US Airways ★ | 3 hrs 31 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:00am Jun 9 (ORD) | 11:52am Jun 9 (CLT) | US 7802 US Airways ★ | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | UA 3762 United Airlines ★ | 3 hrs 31 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |

| | | | |
|---|---|---|---|
| 9:15am Jun 9 (ORD) | 12:04pm Jun 9 (CLT) | US 849 US Airways | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | US 2333 US Airways ★ | 3 hrs 16 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:15am Jun 9 (ORD) | 12:04pm Jun 9 (CLT) | US 849 US Airways | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | UA 3762 United Airlines ★ | 3 hrs 16 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:15am Jun 9 (ORD) | 12:04pm Jun 9 (CLT) | UA 2027 United Airlines ★ | Change at Charlotte |
| | | check status check availability | view details |
| 12:40pm Jun 9 (CLT) | 1:31pm Jun 9 (TYS) | UA 3762 United Airlines ★ | 3 hrs 16 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 9:29am Jun 9 (ORD) | 11:48am Jun 9 (CVG) | DL 4981 Delta Air Lines ★ | Change at Cincinnati |
| | | check status check availability | view details |
| 12:35pm Jun 9 (CVG) | 1:37pm Jun 9 (TYS) | DL 6247 Delta Air Lines ★ | 3 hrs 8 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 11:31am Jun 9 (ORD) | 1:50pm Jun 9 (CVG) | DL 5371 Delta Air Lines ★ | Change at Cincinnati |
| | | check status check availability | view details |
| 2:45pm Jun 9 (CVG) | 3:45pm Jun 9 (TYS) | DL 5199 Delta Air Lines ★ | 3 hrs 14 mins |
| | | check status check availability | view details |

**Result page: 1 2 3**

OAG®

## Results for Search Chicago (CHI) to Knoxville (TYS)

Close window

OAGflights.com™

## Flight summary results

## Chicago to Knoxville

## Friday, June 09, 2006

★ Indicates this flight is operated by another airline

**Result page: 1 2 3**

| Depart | Arrive | Flight No. and Airline | |
|---|---|---|---|
| | | | **Connecting Flights** |
| 4:30pm Jun 9 (ORD) | 7:20pm Jun 9 (CLT) | AA 4457 American Airlines ★ | Change at Charlotte |
| | | check status check availability view details | |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | US 2599 US Airways ★ | 3 hrs 23 mins |
| | | check status check availability view details | |
| | | | **Connecting Flights** |
| 4:30pm Jun 9 (ORD) | 7:20pm Jun 9 (CLT) | AA 4457 American Airlines ★ | Change at Charlotte |
| | | check status check availability view details | |
| 8:00pm Jun 9 (CLT) | 8:53pm Jun 9 (TYS) | UA 3220 United Airlines ★ | 3 hrs 23 mins |
| | | check status check availability view details | |
| | | | **Connecting Flights** |
| 5:30pm Jun 9 (ORD) | 7:49pm Jun 9 (CVG) | DL 1223 Delta Air Lines | Change at Cincinnati |
| | | check status check availability view details | |
| 9:00pm Jun 9 (CVG) | 10:02pm Jun 9 (TYS) | DL 5837 Delta Air Lines ★ | 3 hrs 32 mins |
| | | check status check availability view details | |
| | | | **Connecting Flights** |
| 5:40pm Jun 9 (ORD) | 8:30pm Jun 9 (CLT) | US 461 US Airways | Change at Charlotte |
| | | check status check availability view details | |
| 9:35pm Jun 9 (CLT) | 10:33pm Jun 9 (TYS) | US 2398 US Airways ★ | 3 hrs 53 mins |
| | | check status check availability view details | |
| | | | **Connecting Flights** |
| 5:40pm Jun 9 (ORD) | 8:30pm Jun 9 (CLT) | US 461 US Airways | Change at Charlotte |
| | | check status check availability view details | |
| 9:35pm Jun 9 (CLT) | 10:33pm Jun 9 (TYS) | UA 3127 United Airlines ★ | 3 hrs 53 mins |
| | | check status check availability view details | |
| | | | **Connecting Flights** |
| 5:40pm Jun 9 (ORD) | 8:30pm Jun 9 (CLT) | UA 2016 United Airlines ★ | Change at Charlotte |
| | | check status check availability view details | |
| 9:35pm Jun 9 (CLT) | 10:33pm Jun 9 (TYS) | US 2398 US Airways ★ | 3 hrs 53 mins |
| | | check status check availability view details | |
| | | | **Connecting Flights** |
| 5:40pm Jun 9 (ORD) | 8:30pm Jun 9 (CLT) | UA 2016 United Airlines ★ | Change at Charlotte |
| | | check status check availability view details | |
| 9:35pm Jun 9 (CLT) | 10:33pm Jun 9 (TYS) | UA 3127 United Airlines ★ | 3 hrs 53 mins |

check status check availability view details

| | | | |
|---|---|---|---|
| | | | **Connecting Flights** |
| 6:05pm Jun 9 (ORD) | 9:04pm Jun 9 (CLT) | US 7634 US Airways ★ | Change at Charlotte |
| | | check status check availability | view details |
| 9:35pm Jun 9 (CLT) | 10:33pm Jun 9 (TYS) | UA 3127 United Airlines ★ | 3 hrs 28 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 6:06pm Jun 9 (MDW) | 8:21pm Jun 9 (DTW) | NW 1584 Northwest Airlines | Change at Detroit |
| | | check status check availability | view details |
| 8:58pm Jun 9 (DTW) | 10:31pm Jun 9 (TYS) | NW 5875 Northwest Airlines ★ | 3 hrs 25 mins |
| | | check status check availability | view details |
| | | | **Connecting Flights** |
| 7:25pm Jun 9 (MDW) | 10:25pm Jun 9 (ATL) | DL 4546 Delta Air Lines ★ | Change at Atlanta |
| | | check status check availability | view details |
| 11:02pm Jun 9 (ATL) | 11:54pm Jun 9 (TYS) | DL 4469 Delta Air Lines ★ | 3 hrs 29 mins |
| | | check status check availability | view details |

**Result page: 1 2 3**

**A22**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, | ) | |
| Plaintiff, | ) | No. 96-166C |
| v. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION BY THE UNITED STATES FOR RECOVERY OF COSTS AND ATTORNEY'S FEES**

# EXHIBIT 5

MAPQUEST.

**Start:** Chicago, IL US

**End:** Knoxville, TN US

**Notes:**




| Directions | | Distance |
|---|---|---|
| | **Total Est. Time:** 8 hours, 48 minutes **Total Est. Distance:** 545.02 miles | |
| START | **1:** Start out going NORTH on N LA SALLE ST toward W COURT PL. | <0.1 miles |
| | **2:** Turn LEFT onto W RANDOLPH ST. | 0.6 miles |
| EAST 90 | **3:** Merge onto I-90 E / I-94 E via the ramp on the LEFT. | 3.0 miles |
| EAST 90 | **4:** Take DAN RYAN EXP E / I-90 EXP E / I-94 EXP E toward 51ST ST. | 4.0 miles |
| EAST 90 | **5:** Merge onto I-90 E toward EXIT 59A / INDIANA TOLL RD (Portions toll) (Crossing into INDIANA). | 24.9 miles |
| 17 EXIT | **6:** Take the I-65 / US-12 / DUNES HWY / US-20 exit- EXIT 17- toward INDIANAPOLIIS. | 0.7 miles |
| SOUTH 65 | **7:** Merge onto I-65 S toward INDIANAPOLIS. | 156.0 miles |
| EAST 465 | **8:** Merge onto I-465 E / I-74 E / IN-37 N via EXIT 106. | 4.4 miles |
| 49A-B EXIT | **9:** Take the I-74 E exit- EXIT 49A-B- toward CINCINNATI / SOUTHEASTERN AVE. | 0.1 miles |
| EAST 74 | **10:** Merge onto I-74 E via EXIT 49B toward CINCINNATI (Crossing into OHIO). | 83.5 miles |
| SOUTH 275 | **11:** Merge onto I-275 S via EXIT 5 toward KENTUCKY (Passing through INDIANA- then crossing into KENTUCKY). | 23.8 miles |
| SOUTH 75 | **12:** Merge onto I-75 S via EXIT 84 toward LEXINGTON / LOUISVILLE (Crossing into TENNESSEE). | 239.3 miles |
| SOUTH 275 | **13:** Take I-275 S toward ASHEVILLE. | 2.9 miles |
| EXIT | **14:** Take the I-40 E / US-441 S exit toward ASHEVILLE. | 0.2 miles |
| SOUTH 441 | **15:** Merge onto HENLEY ST / US-441 S / TN-33 S / TN-71 S toward HENLEY ST. | 0.8 miles |
| END | **16:** End at **Knoxville, TN US** | |
| | **Total Est. Time:** 8 hours, 48 minutes **Total Est. Distance:** 545.02 miles | |

**A24**




**Start:**
**Chicago, IL US**

**End:**
**Knoxville, TN US**







All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

**A25**