**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, | ) | |
| Plaintiff | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ZOLTEK'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

In accordance with the Court's order of April 12, 2006 awarding Plaintiff Zoltek Corporation ("Zoltek") its fees and costs under RCFC 37(c)(1), Zoltek respectfully moves this Court for an award of costs and fees as follows:

A) Attorneys' fees and costs for preparing the motion for sanctions and supporting memorandum–$17,515.85 (Exhibit 1); and

B) Attorneys' fees and costs in preparing its reply brief in support of the motion for sanctions– $13,808.75 (Exhibit 2);

**Total: $31,324.59.**

Attached are the undersigned counsel's firm accounting records reflecting the detailed description of the services provided in the preparation of the above identified documents. Activities relating to this case but not related to the

preparation of the motion or reply brief have been redacted. Entries for particular dates (11/4/05; 11/7/05; 1/9/06; 1/10/06; and 1/17/06) contained additional activities not related to the motion for sanctions, which have also been redacted. In those cases, the undersigned counsel apportioned activities related only to the motion for sanctions, to the best of his recollection, and inserted hand written entries for time. The initials "DAM" and "JSM" refer to Zoltek's undersigned counsel. "JHH" refers to Joseph Herron, an associate in the undersigned counsel's law firm.

For the motion for sanctions and supporting memorandum filed November 30, 2005, the breakdown of costs is as follows:

| **Attorney** | **Hours** | **Billing Rate** | **Total** |
|---|---|---|---|
| DAM | 41.5 | $370.00 | $15,355.00 |
| JSM | 1.75 | $370.00 | $647.50 |
| JHH | 10.0 | $150.00 | $1500.00 |
| **Total Hours** | **53.25** | | **$17,502.50** |
| **Expenses (Fed Ex):** | | | **$13.34** |
| **TOTAL:** | | | **$17,515.84** |

For the reply brief filed January 31, 2006, the breakdown is as follows:

| **Attorney** | **Hours** | **Billing Rate** | **Total** |
|---|---|---|---|
| DAM | 31.0 | $385.00 | $11,935.00 |
| JSM | 1.75 | $385.00 | $673.75 |
| JHH | 8.00 | $150.00 | $1,200.00 |
| **Total Hours:** | **40.75** | | **$13,808.75** |

## CONCLUSION

Based on the Court's order of April 12, 2006 and the attendant proofs attached hereto, Zoltek respectfully moves the Court for entry of an award of attorneys' fees and costs in the total amount of $31,324.59.

Respectfully Submitted,

June 30, 2006

/s/ Dean A. Monco

Dean A. Monco
John S. Mortimer
Wood Phillips Katz Clark & Mortimer
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel. (312) 876-1800

David W. Long
Pamela S. Kane
Howrey LLP
1299 Pennsylvania Ave., N. W.
Washington, D.C. 20004-2402
P: (202) 783-0800

Attorneys for Plaintiff/Appellant Zoltek Corporation

# EXHIBIT 1

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 11/3/2005** | | | | | | |
| 11/3/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Reviewing documents and declaration of J. Moraveck; conferring with L. McKague re same; reviewing CFC Rules re Motion for Sanctions; conferring with J. Mortimer re same. | | 3.50 | 370.00 | 1,295.00 |
| **Date: 11/4/2005** | | | | | | |
| 11/4/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>preparing Motion to Exclude and Sanctions;<br>reviewing CFC Rules. | | 2.50 | 370.00 | 925.00 |
| **Date: 11/7/2005** | | | | | | |
| 11/7/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Reviewing Rule 37 and preparing draft motion to exclude evidence; | | 3.00 | 370.00 | 1110.00 |

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 11/8/2005** | | | | | | |
| 11/8/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Reviewing pleadings re Motion to Exclude under Rule 37; preparing motion and memo re same. | | 2.50 | 370.00 | 925.00 |
| 11/8/2005 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Researching R. 37(c) motion to exclude documents that have been withheld. | | 2.60 | 150.00 | 390.00 |
| **Date: 11/9/2005** | | | | | | |
| 11/9/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Preparing Motion and memo for sanctions re Rule 37; reviewing case law re same. | | 5.50 | 370.00 | 2,035.00 |

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 11/10/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Continuing preparation of Motion for Sanctions Under Rule 37; reviewing Moraveck Declaration and attachments; reviewing case law. | | 4.00 | 370.00 | 1,480.00 |
| 11/10/2005 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Researching Rule 37 sanctions. | | 2.00 | 150.00 | 300.00 |
| **Date: 11/11/2005** | | | | | | |
| 11/11/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Completing first draft of Motion for Sanctions; revising same. | | 3.50 | 370.00 | 1,295.00 |
| 11/11/2005 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Researching Rule 37 sanctions. | | 1.40 | 150.00 | 210.00 |
| **Date: 11/14/2005** | | | | | | |
| 11/14/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Revising draft motion for Sanctions under Rule 37. | | 2.50 | 370.00 | 925.00 |
| **Date: 11/15/2005** | | | | | | |
| 11/15/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Revising Motion for Sanctions. | | 2.50 | 370.00 | 925.00 |

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 11/16/2005** | | | | | | |
| 11/16/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Further revising motion and memo for sanction; reviewing case law re same. | | 2.00 | 370.00 | 740.00 |
| **Date: 11/17/2005** | | | | | | |
| 11/17/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Revising motion for sanctions; | | 1.50 | 370.00 | 555.00 |
| **Date: 11/18/2005** | | | | | | |

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 11/21/2005** | | | | | | |
| 11/21/2005 | JSM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Review motion for sanctions and confer | | 1.15 | 370.00 | 425.50 |
| 11/21/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Revising Motion for Sanctions. | | 1.50 | 370.00 | 555.00 |
| **Date: 11/22/2005** | | | | | | |
| 11/22/2005 | JSM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Work on motion for sanctions and confer with DAM re same. | | 0.60 | 370.00 | 222.00 |
| 11/22/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Revising Motion for Sanctions; assembling exhibits for motion. | | 0.50 | 370.00 | 185.00 |

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 11/23/2005** | | | | | | |
| 11/23/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Further revising Motion for Sanctions. | | 1.00 | 370.00 | 370.00 |
| **Date: 11/28/2005** | | | | | | |
| 11/28/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Further reviewing and revising Motion for Sanctions; revising exhibit list; conferring with J. Herron re filing of motion. | | | | |
| **Date: 11/29/2005** | | | | | | |
| 11/29/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Finalizing Motion for Sanctions; assembling exhibits. | | 2.00 | 370.00 | 740.00 |
| **Date: 11/30/2005** | | | | | | |
| 11/30/2005 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Analyzing and editing the present motion for sanctions and exhibits; scanning and preparing the motion and exhibits for electronic filing; filing the motion and exhibits. | T | 4.00 | 150.00 | 600.00 |

# Transactions Listing

matter id contains '01111' and date November 3, 2005 thru November 30, 2005

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 11/30/2005 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Finalizing and filing Motion for Sanctions. | | 1.00 | 370.00 | 370.00 |
| 11/30/2005 | | 01111Z99999 / Zoltek Corp.<br>MISCELLANEOUS EXPENSES:<br>Federal Express to Washington, DC on 11/30/05. | | 1.00 | 13.34 | 13.34 |

# EXHIBIT 2

# Transactions Listing

matter id contains '01111' and date January 4, 2006 thru January 21, 2006

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 1/4/2006** | | | | | | |
| 1/4/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Reviewing U.S. Brief in Opposition to Motion for Sanctions and attachment. | | 2.50 | 385.00 | 962.50 |
| 1/4/2006 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Researching for case law supporting the present reply for motion for sanctions. | | 0.50 | 150.00 | 75.00 |
| 1/4/2006 | JSM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Confer with DAM re U.S.'s motion. | | 0.25 | 385.00 | 96.25 |
| 1/9/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>preparing<br>reply brief re: motion for sanctions; | | 1.25 | 385.00 | 481.25 |

# Transactions Listing

matter id contains '01111' and date January 4, 2006 thru January 21, 2006

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 1/10/2006** | | | | | | |
| 1/10/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Preparing reply brief; | | 3.25 | 3.85 | 1251.25 |
| **Date: 1/11/2006** | | | | | | |
| 1/11/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Preparing reply brief; reviewing defendant's exhibits. | | 3.50 | 385.00 | 1,347.50 |
| **Date: 1/12/2006** | | | | | | |
| **Date: 1/13/2006** | | | | | | |
| 1/13/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Preparing reply brief re: sanctions. | | 2.50 | 385.00 | 962.50 |
| **Date: 1/16/2006** | | | | | | |
| 1/16/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Preparing Reply Brief re: Motion for Sanctions. | | 4.50 | 385.00 | 1,732.50 |

# Transactions Listing

matter id contains '01111' and date January 4, 2006 thru January 21, 2006

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 1/17/2006** | | | | | | |
| 1/17/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>preparing<br>Reply Brief re: Motion for Sanctions; | | 3.50 | 385.00 | 1347.50 |
| 1/17/2006 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Reviewing and editing the present brief; researching supporting case law for the brief. | | 3.50 | 150.00 | 525.00 |
| **Date: 1/18/2006** | | | | | | |
| 1/18/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Revising Reply Brief; reviwing case law re: issues in brief. | | 3.00 | 385.00 | 1,155.00 |
| 1/18/2006 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Researching supporting case law for the present brief. | | 2.70 | 150.00 | 405.00 |

# Transactions Listing

matter id contains '01111' and date January 4, 2006 thru January 21, 2006

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 1/19/2006** | | | | | | |
| 1/19/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Further revising Reply Brief; assembling exhibits. | | 3.00 | 385.00 | 1,155.00 |
| **Date: 1/20/2006** | | | | | | |
| 1/20/2006 | DAM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Finalizing and filing Reply Brief re: Motion for Sanctions. | | 4.00 | 385.00 | 1,540.00 |
| 1/20/2006 | JHH | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S. | | 1.30 | 150.00 | 195.00 |
| 1/20/2006 | JSM | 01111Z00002 / Zoltek Corp.<br>ZOLTEK v. U.S.<br>Review reply brief relating to discovery issues and confer wtih DAM re same. | | 1.50 | 385.00 | 577.50 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document entitled

**ZOLTEK'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

has been sent by *Federal Express Priority Overnight* this 30th day of June, 2006 to:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco
Dean A. Monco
John S. Mortimer
Counsel for Plaintiff
Zoltek Corporation
Tel: 312-876-1800
Fax: 312-876-2020