**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br>Plaintiff | ) | Case No. 96-166 C |
| v. | ) | Chief Judge Edward J. Damich |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

**ZOLTEK'S UNOPPOSED MOTION FOR SUBSTITUTION OF LOCAL COUNSEL**

Plaintiff, Zoltek Corporation ("Zoltek") respectfully moves this Court for leave to:

1) Substitute Garry S. Grossman of the firm Schiff Hardin LLP, 1101 Connecticut Ave., NW Washington D.C. 20036, Telephone: 202-778-6400, as local counsel in the present action; and

2) Withdraw David W. Long and Pamela S. Kane of the firm Howrey, Simon, LLP as local counsel.

Mr. Grossman has been a member in good standing of the bar of this court since 1989. Zoltek contacted the Government regarding the present motion, and the Government has no objection.

For the above stated reasons, Zoltek respectfully moves this Court to grant leave to substitute Garry S. Grossman as local counsel, and to permit the withdrawal of David W. Long and Pamela S. Kane as local counsel.

Respectfully submitted,

August 23, 2006

s/ Dean A. Monco

Dean A. Monco, Esq.
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661-2511
Tel.: (312) 876-1800
Fax: (312) 876-2020
Email: damonco@woodphillips.com

Attorneys for Plaintiff, Zoltek Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document entitled

**ZOLTEK'S UNOPPOSED MOTION FOR SUBSTITUTION OF LOCAL COUNSEL**

was filed *electronically* on this 23rd day of August, 2006, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

Additionally, the above stated document was submitted *Federal Express Standard Overnight* on this 23rd day of August, 2006, to the following:

David W. Long
Pamela Kane
Howrey, Simon, Arnold & White
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402

Garry S. Grossman
Schiff Hardin LLP
1101 Connecticut Ave. NW
Washington, D.C. 20036

s/ Dean A. Monco

Dean A. Monco
WOOD, PHILLIPS, KATZ
CLARK & MORTIMER
500 West Madison Street, Suite 3800
Chicago, Illinois 60661
Telephone: (312) 876-1800
Fax: (312) 876-2020