# United States Court of Appeals for the Federal Circuit

04-5100, -5102

ZOLTEK CORPORATION,

                Plaintiff-Cross Appellant,

v.

UNITED STATES,

                Defendant-Appellant.

## *Judgment*

ON APPEAL from the     UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S):     96-CV-166

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, and REMANDED.**

*ENTERED BY ORDER OF THE COURT*

DATED MAR 3 1 2006

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 9/28/06

ISSUED AS A MANDATE: SEP 2 8 2006