# In the United States Court of Federal Claims

No. 96-166 C

(Filed: December 26, 2006)

```
**********************************
                                  *
ZOLTEK CORPORATION,               *
                                  *
                   Plaintiff,     *
                                  *
        v.                        *
                                  *
THE UNITED STATES,                *
                                  *
                   Defendant.     *
                                  *
**********************************
```

**ORDER**

     On June 12, 2006, the Court issued an order extending the deadline for the close of fact discovery until January 2, 2007, and requiring the parties to file a joint status report on January 16, 2007.

     The joint status report is hereby cancelled. The Court extends the fact discovery deadline until **February 28, 2007**.

                                            s/Edward J. Damich  
                                            EDWARD J. DAMICH  
                                            Chief Judge