# In the United States Court of Federal Claims

No. 96-166 C

(Filed: April 23, 2007)

```
***********************************
                                  *
ZOLTEK CORPORATION,               *
                                  *
            Plaintiff,            *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
***********************************
```

## ORDER

    The Court hereby ORDERS Defendant to file, on or before **May 21, 2007**, all of the documents which it promised at the April 23, 2007, status conference.

    As agreed by the parties at the status conference, counsel for both parties may contact Amy Nelson, the law clerk on this case, to work out any logistical arrangements or to convey additional information to the Court. A status conference will be scheduled after Defendant has filed the documents.

                                                                       s/Edward J. Damich
                                                                    EDWARD J. DAMICH
                                                                      Chief Judge