IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 96-166C<br><br>Chief Judge Edward J. Damich |

**RESPONSE OF THE UNITED STATES TO THE COURT'S ORDER OF APRIL 23, 2007, REGARDING ZOLTEK'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS FROM NORTHROP GRUMMAN CORPORATION PURSUANT TO THE COURT'S SEPTEMBER 22, 2005 ORDER**

As ordered by the court during the April 23, 2007 status conference (*see also* Order, Docket No. 338 (Apr. 23, 2007), the United States hereby provides these responses to "Zoltek's Request for Production of Documents and Things from Northrop Grumman Corporation Pursuant to the Court's September 22, 2005 Order" (Docket No. 295). During that status conference the Government was asked to identify how the invocation of the military and state secrets privilege by the Secretary of the Air Force may affect Northrop's ability to respond to Zoltek's requests in Docket No. 295. For the convenience of the court, we set out each request followed by our response below: