# In the United States Court of Federal Claims

No. 96-166 C

(Filed: June 14, 2007)

```
***********************************
                                    *
ZOLTEK CORPORATION,                 *
                                    *
              Plaintiff,            *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
***********************************
```

## ORDER

During the status conference held on June 14, 2007, Plaintiff agreed that its Motion to Modify the Court's April 13, 2004, Order, which motion was filed on August 4, 2005, could be withdrawn. The Court hereby withdraws Plaintiff's motion.

Pursuant to the status conference, the Court ORDERS the following:

1. On or before **July 2, 2007**, Defendant shall e-mail or fax (not file) the Court and Plaintiff a statement regarding the extent to which Defendant can stipulate as to liability, not damages, for those carbon fibers which were approved for use on the B-2 Bomber and which can be shown to infringe the patents.

2. On or before **July 9, 2007**, Plaintiff may file a motion requesting transfer of the claims directed to the F-22 Fighter Plane.

    s/Edward J. Damich
    EDWARD J. DAMICH
    Chief Judge