# EXHIBIT 2

# F-22 Raptor

From Wikipedia, the free encyclopedia
(Redirected from F/A-22 Raptor)

The **F-22 Raptor** is a stealth fighter aircraft built by Lockheed Martin Aeronautics and Boeing Integrated Defense Systems. It was originally envisioned as an air superiority fighter, but is equipped for ground attack, electronic attack, and signals intelligence roles as well. Long in development, the aircraft was also known as the prototype YF-22 and as the F/A-22 for three years before formally entering United States Air Force service in December 2005 as the **F-22A**.

**F-22 Raptor**



| | |
|---|---|
| **Type** | Stealth Fighter |
| **Manufacturer** | Lockheed Martin Aeronautics<br>Boeing Integrated Defense Systems |
| **Maiden flight** | 1990-11-29, YF-22 |
| **Introduced** | 2005-12-15, F-22A |
| **Primary user** | United States Air Force |
| **Unit cost** | US$338 million in 2005 |

## Contents


- 1 Development
- 2 General information
  - 2.1 Procurement
  - 2.2 Variants
  - 2.3 Combat systems
  - 2.4 Weapons
  - 2.5 Testing
- 3 Comparisons
- 4 Specifications
- 5 References
- 6 External links
- 7 Related content


## Development

Intended to be the leading American advanced tactical fighter in the early part of the 21st century, the Raptor is the most expensive fighter to date. As of April 2005 the total development and production cost of the program is at least $70 billion, and the number of planes to be built has dropped to 438, and again to 381, down from the initial requirement of 750[1] (http://www.lockheedmartin.com/wms/findPage.do?dsp=fec&ci=15099&rsbci=11174&fti=0&ti=0&sc=400) . In April 2006, the Government Accountability Office estimated the cost to $361 million per aircraft. [2] (http://www.cdi.org/program/document.cfm?DocumentID=3389&StartRow=1&ListRows=10&appendURL=&Orde . The main reason to the reduction of the aircraft can mainly be attributed to the fact that the F-35 Lightning II (formerly known as the Joint Strike Fighter) uses a lot of the technology used on the F-22, but at a much more affordable price.

The prototype YF-22 won a fly-off competition against the Northrop/McDonnell-Douglas YF-23 for the Advanced Tactical Fighter contract. In April 1992, during flight testing after contract award, the first YF-22A prototype crashed while landing at Edwards Air Force Base in California. The test pilot, Tom Morgenfeld, was not injured and the cause of the crash was found to be pilot-induced oscillation. The name "Lightning II" persisted until the mid-1990s, and for a short while, the plane was also dubbed "Rapier". The F-22 became the "Raptor" when the first

production-representative plane was unveiled on 9 April 1997, at Lockheed-Georgia Co., Marietta, Georgia. First flight occurred on 7 September 1997. (On 7 July 2006, the U.S. Department of Defense announced that the F-35 — called the "Joint Strike Fighter" during most of its development — will be called F-35 Lightning II.[3] (http://www.jsf.mil/) )

In September 2002, Air Force leaders changed the Raptor's designation to F/A-22. The new designation, which mimicked that of the Navy's F/A-18 Hornet, was intended to highlight plans to give the Raptor a ground attack capability amid intense debate over the relevance of the expensive air-superiority jet.

The first production F-22 was delivered to Nellis Air Force Base, Nevada, on 14 January 2003. F-22 Dedicated Initial Operational Test and Evaluation occurred on 27 October 2004. As of late 2004, 51 Raptors were in service, with 22 more ordered under fiscal year 2004 funding. The first crash of a production F-22A occurred at Nellis Air Force Base on 20 December 2004, during takeoff. The pilot ejected safely moments before impact. The crash investigation revealed that a brief interruption in power during an engine shutdown prior to flight caused a malfunction in the flight-control system.[4] (http://www.globalsecurity.org/military/systems/aircraft/f-22-testfly.htm) The technical data for the aircraft has been amended to avoid this problem in the future. USAF officials were planning to rebuild the remains into a new jet.

On 12 December 2005 USAF changed the jet's designation again, to F-22A.[5] (http://www.defensenews.com/story.php?F=1409030&C=america) . Shortly after, on 15 December 2005, the F-22A's entry into initial operational capability was announced.

The dual Pratt & Whitney F119-PW-100 turbofans with afterburners incorporate supercruise and thrust vectoring. Thrust vectoring is in the pitch axis only, with a range of ±20 degrees. The maximum thrust is classified, though most sources place it at about 39,000 $lb_f$ (173 kN). Maximum speed is estimated to be Mach 1.72 in supercruise mode and without weapons; with afterburners, is "greater than Mach 2.0" (2120 km/h), according to Lockheed Martin. The Raptor can easily exceed its design speed limits, particularly at low altitudes; max-speed alerts help prevent the pilot from exceeding the limits. Gen. John P. Jumper, U.S. Air Force Chief of Staff, September 6, 2001 to September 2, 2005, flew the Raptor faster than Mach 1.7 without afterburners on January 13, 2005. The absence of variable intake ramps may make speeds greater than Mach 2.0 unreachable, but there is no evidence to prove this. Such ramps would be used to prevent engine "flame-out", which is caused when too much air extinguishes the engine's "pilot light", but the intake itself may be designed to prevent such flame-outs. Former Lockheed Raptor chief test pilot Paul Metz says the Raptor has a fixed inlet. Paul Metz has also stated that the F-22 has a top speed greater than 1600 mph (Mach 2.42) and its climb rate is faster than the F-15 Eagle. This is due to the fact that the F-22 is one of the few western aircraft with a thrust to weight ratio significantly greater than 1:1. The true top-speed of the F-22 is largely unknown, as engine power is only one factor. The ability of the airframe to withstand the stress and heat from friction is a key factor, especially in an aircraft using as many polymers as the F-22. However, while some aircraft are faster on paper, the internal carriage of its standard combat load allows the aircraft to reach comparatively higher performance with a heavy load over other modern aircraft due to its lack of drag from external stores.

Avionics include Raytheon and Northrop Grumman AN/APG-77 Active Electronically Scanned Array (AESA) radar, possibly the most capable radar in active service, with both long range target acquisition and low probability of interception of its own signals by enemy aircraft.

The first USAF squadron to operate F-22A's was the 43rd Fighter Squadron, at Tyndall AFB, Florida. The 43rd was re-established at Tyndall in 2002, and, in 2003, with a corps of 15 Raptor Instructor Pilots, began training student Raptor pilots for the 27th Fighter Squadron at Langley. The 43rd continues to produce new Raptor pilots, and will continually serve as the focal point for all F-22 training of combat USAF Raptor pilots and maintainers. Additionally Raptor units include the 422 Test and Evaluation Squadron, which is responsible for tactics development and evaluation for the F-22, and the 412th Test Squadron, which continues to fly developmental test of F-22 enhancements and modernization. The 27th Fighter Squadron became the first deployable F-22 unit in