# In the United States Court of Federal Claims

No. 96-166 C

(Filed: July 17, 2007)

```
********************************
                               *
ZOLTEK CORPORATION,            *
                               *
                 Plaintiff,    *
                               *
     v.                        *
                               *
THE UNITED STATES,             *
                               *
                 Defendant.    *
                               *
********************************
```

## ORDER

Pursuant to the status conference held on July 17, 2007, the Court ORDERS the following:

1. On or before **September 4, 2007**, Plaintiff shall file its motion challenging Defendant's invocation of the military and state secrets privilege. If necessary, Defendant may file a motion for extension of time to respond to Plaintiff's motion.

2. On or before **September 4, 2007**, Defendant shall file its motion for summary judgment regarding invalidity (obviousness) of the patents.

3. On or before **September 10, 2007**, Plaintiff shall file a status report discussing any additional fact discovery that it believes may be necessary in order to respond to Defendant's motion for summary judgment.

4. The parties shall appear for a telephonic status conference on **September 12, 2007 at 2:00 pm Eastern Time**. Counsel shall e-mail chambers, at damich_chambers@ao.uscourts.gov, no later than one business day before the conference, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers, and affiliations). The status conference shall be held

on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge