**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION, | ) | |
| | ) | Case No. 96-166 C |
| a Missouri corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Chief Judge Edward J. Damich |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ZOLTEK'S UNOPPOSED MOTION TO ENLARGE THE PAGE LIMIT REGARDING ITS MOTION TO DENY THE GOVERNMENT'S INVOCATION OF THE STATE SECRET PRIVILEGE**

Plaintiff, Zoltek Corporation ("Zoltek") respectfully moves this Court to permit Zoltek to enlarge the page limit from forty (40) to forty-five (45) pages for its Motion to Deny the Government's Invocation of the State Secret Privilege.

Zoltek's motion, scheduled to be filed on or before September 4, 2007, will by necessity discuss in detail the Government's activities spanning the eleven (11) year existence of this case, in order to establish that the invocation of the state secret privilege should not be permitted as a matter of law. In the alternative, Zoltek will move the Court for severe sanctions in view of the Government's conduct in the case.

Rule 5(b)(1) of this Court limits opening briefs for motions to forty (40) pages. Zoltek has drafted its scheduled motion, and believes that no more than forty-five (45) pages will be required to properly present to the Court the facts and governing case law

supporting Zoltek's motion.

Zoltek contacted the Government regarding the present motion. The Government has no objection to Zoltek's requested five (5) page enlargement of the page limitation.

For the above stated reasons, Zoltek respectfully moves this Court for a page limit enlargement for its Motion to Deny the Invocation of the State Secret Privilege, not to exceed five (5) pages.

Respectfully submitted,

Date: August 20, 2007

By: /s / Dean A. Monco

Dean A. Monco
John S. Mortimer
Wood Phillips
500 W. Madison Street
Suite 3800
Chicago, IL 60661
(312) 876-1800

*Attorneys for Zoltek Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing documents entitled

**ZOLTEK'S UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT REGARDING ITS MOTION TO DENY THE GOVERNMENT'S INVOCATION OF THE STATE SECRET PRIVILEGE**

was filed *electronically* on this 20th day of August, 2007, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco
Dean A. Monco
WOOD, PHILLIPS, KATZ
CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone: (312) 876-1800
Fax: (312) 876-2020