**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION, | ) | |
| | ) | Case No. 96-166 C |
| a Missouri corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Chief Judge Edward J. Damich |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ZOLTEK'S STATUS REPORT SUBMITTED IN RESPONSE**
**TO THE COURT'S ORDER OF JULY 17, 2007**

In accordance with the Court's Order of July 17, 2007, Plaintiff Zoltek Corporation ("Zoltek") respectfully submits this status report regarding Defendant's Motion for Summary Judgment of Obviousness, filed under seal on September 4, 2007.

Having completed its initial review of Defendant's Motion for Summary Judgment That Claims 1-22 and 33-38 of Zoltek's U.S. Patent No. Re 34,162 Are Obvious, Zoltek respectfully requests that the Court defer consideration of any additional discovery Zoltek might require to respond to the defendant's motion.

Instead, at the telephonic status conference scheduled for Wednesday, September 12, 2007 at 2:00 p.m. (EST), Zoltek would request the opportunity to discuss Defendant's present motion in light of Defendant's invocation of the state secret privilege, filed May 15, 2007 (Docket #339). Zoltek will be prepared to discuss the substantial equitable questions raised by Defendant's present motion in light of the previously filed invocation of the state secret privilege, and will include, among other items, the effect such

invocation has on Zoltek's ability to defend against the Government's motion. The discussion will include, among other facts, the letter dated August 6, 1987 from George Rodgers at Northrop Corporation's Advance System Division ("Northrop") to Jerry Fleming, president of Stackpole Fibers Company, the predecessor in interest to Zoltek's '162 patent-in-suit. (Ex. 1)[1]

Respectfully submitted,

Date: September 7, 2007

By: /s / Dean A. Monco
Dean A. Monco
John S. Mortimer
Wood Phillips
500 W. Madison Street
Suite 3800
Chicago, IL 60661
*Attorneys for Zoltek Corporation*

[1] Submitted by Stackpole Fibers Company to the U.S. Patent and Trademark Office during prosecution of Zoltek's U.S. Patent No. 4,728,395, the parent of the '162 patent-in-suit.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents entitled

**ZOLTEK'S STATUS REPORT SUBMITTED IN RESPONSE
TO THE COURT'S ORDER OF JULY 17, 2007**

was filed *electronically* on this 7th day of September, 2007, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco

Dean A. Monco
WOOD, PHILLIPS, KATZ
CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone: (312) 876-1800
Fax: (312) 876-2020