# In the United States Court of Federal Claims

No. 96-166 C

(Filed: September 11, 2007)

*******************************

**ZOLTEK CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*******************************

## ORDER

In advance of a status conference to be held on September 12, 2007, the Court ordered Plaintiff to file a status report on or before September 10, discussing any additional fact discovery that it believed might be necessary in order to respond to Defendant's motion for summary judgment.

In the status report which Plaintiff submitted, Plaintiff instead requested that the Court defer consideration of whether additional discovery might be necessary in favor of discussing Defendant's motion for summary judgment in light of Defendant's invocation of the state secret privilege. Plaintiff maintained that Defendant's invocation of the state secret privilege raises "substantial equitable questions" with respect to Defendant's motion and Plaintiff's ability to defend against it. Plaintiff did not elaborate further as to the nature of the "substantial equitable questions" or why Plaintiff believes such questions to have arisen.

The purpose of a status report is to allow the Court and the opposing party a fair opportunity to prepare for discussion on particular topics. Plaintiff's status report and its general accusation that "substantial equitable questions" exist does not do so. Plaintiff is therefore ORDERED to submit a new status report on or before September 19, 2007, detailing what sort of substantial equitable questions are raised and why these questions should be discussed before the consideration of whether additional discovery may be necessary.

Furthermore, the status conference scheduled for September 12, 2007, shall be cancelled. The parties are ordered to coordinate and propose to the Court three times during the week of October 1, 2007, at which a new status conference can be scheduled.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge