IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION, a Missouri corporation, Plaintiff, | ) | |
| v. | ) | No. 96-166C |
| THE UNITED STATES, Defendant. | ) | Chief Judge Edward J. Damich |

**UNOPPOSED MOTION TO ENARGE THE PAGE LIMIT FOR DEFENDANT'S OPPOSITION TO ZOLTEK'S MOTION TO STRIKE [DOCKET NO. 349]**

Pursuant to RCFC 5.2(b)(1), the Government hereby moves for an enlargement of the page limitation for its opposition to Zoltek's motion (Docket No. 349) to strike or, alternatively, for sanctions. The Government requests that the page limit be enlarged by five pages, from 40 to 45 pages. The additional space is necessary to fully and comprehensively address the many allegations of misconduct alleged in Zoltek's motion. Further, Zoltek was granted a similar enlargement, and its motion is 42 pages in length. *See* Docket Nos. 348 & 349, and the minute order entered on the docket at 2:57 p.m. E.T. on August 21, 2007.

On September 12, 2007, counsel for the United States conferred with Zoltek's counsel regarding this motion. Zoltek's counsel indicated that Zoltek did not object to the requested enlargement.

The Government requests that the Court grant this request, enlarging the page limit by five pages to a total of 45 pages.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

*s/ Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

September 13, 2007

Attorneys for the United States