# EXHIBIT 1

**NORTHROP**

Advanced Systems Division
Aircraft Group
Northrop Corporation
8900 East Washington Boulevard
Pico Rivera, California 90660
Telephone 213 942-3000

06 August, 1987

Jerry Fleming
Stackpole Fibers Co.
Foundry Industrial Park
Lowell, MA 01852

Dear Mr. Fleming:

In December 1983, the Materials & Processes Department of Northrop Advanced Systems Division ordered four rolls of carbon fiber paper from Stackpole Fibers Co. The product was unique in that the carbon fibers were not fully carbonized, increasing the volume resistivity of the fiber which in turn increases the surface resistivity of the paper. Northrop purchased four different levels of resistivity ranging from 24 to 3000 ohms/square. At the time the order was placed, Northrop Materials & Processes had never seen a material of this type before and was not aware of any other company that could supply material in this form with varying electrical properties.

Sincerely,

George Rodgers

George Rodgers
V576/3B
(213) 942-5972

RECEIVED
AUG 10 1987
STACKPOLE ... CO., INC.