# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 96-166 C<br><br>Chief Judge Edward J. Damich |

**ZOLTEK'S UNOPPOSED MOTION FOR A FIVE (5) PAGE ENLARGEMENT OF THE PAGE LIMIT FOR ITS REPLY BRIEF REGARDING ZOLTEK'S MOTION TO DENY THE GOVERNMENT'S STATE SECRET PRIVILEGE CLAIM (Docket #349)**

In accordance with Rule 5.2(b)(2) of the Rules of the United States Court of Federal Claims ("RLFC"), Plaintiff, Zoltek Corporation ("Zoltek") respectfully moves this Court for an Order granting Zoltek an enlargement of five (5) pages, from twenty (20) to twenty-five (25) pages, for its Reply Brief in Support of its Motion to Deny the Government's Claim of State Secret Privilege (Docket #349). Zoltek's Reply Brief is scheduled to be filed on or before October 1, 2007.

The Court has previously granted unopposed motions from both Zoltek and the Government for extension of five (5) pages for Zoltek's Motion and the Government's Opposition to that Motion, respectively. The additional five (5) pages requested herein are to insure that all of the facts and arguments in this important motion are fully

presented to the Court.

Zoltek has contacted the Government regarding the present motion, and the Government has no objection to the five (5) page enlargement.

For the above stated reasons, Zoltek respectfully moves this Court for a five (5) page enlargement for its Reply Brief, not to exceed twenty-five (25) pages.

Respectfully submitted,

Date: September 24, 2007

By: /s / Dean A. Monco
Dean A. Monco
John S. Mortimer
Wood Phillips
500 W. Madison Street
Suite 3800
Chicago, IL 60661
(312) 876-1800

*Attorneys for Zoltek Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing documents entitled

**ZOLTEK'S UNOPPOSED MOTION FOR A FIVE (5) PAGE ENLARGEMENT OF THE PAGE LIMIT FOR ITS REPLY BRIEF REGARDING ZOLTEK'S MOTION TO DENY THE GOVERNMENT'S STATE SECRET PRIVILEGE CLAIM (Docket #349)**

was filed *electronically* on this 24th day of September, 2007, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco
Dean A. Monco
WOOD, PHILLIPS, KATZ
CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone: (312) 876-1800
Fax: (312) 876-2020