# In the United States Court of Federal Claims

No. 96-166 C

(Filed: October 31, 2007)

| | |
|---|---|
| ******************************** | |
| | * |
| **ZOLTEK CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ******************************** | |

## ORDER

Pursuant to the status conference held on October 25, 2007, the Court hereby ORDERS the following:

1. On or before **November 27, 2007**, Plaintiff shall file its motion to strike the Government's motion for summary judgment of invalidity based on obviousness.

2. On or before **January 4, 2008**, the Government shall file its response to Plaintiff's motion to strike the motion for summary judgment.

3. Plaintiff shall have three (3) weeks from the date the Government's response is filed in which to file a reply.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge