**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZOLTEK CORPORATION, | ) | |
| | ) | Case No. 96-166 C |
| a Missouri corporation, | ) | |
| | ) | |
| Plaintiff | ) | Chief Judge Edward J. Damich |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ZOLTEK'S UNOPPOSED MOTION FOR EXTENDING THE LENGTH OF ITS REPLY BRIEF REGARDING ITS MOTION TO STRIKE**

Plaintiff, Zoltek Corporation ("Zoltek") respectfully moves this Court for an order granting Zoltek leave to extend the page limit of its Reply Brief regarding its Motion to Strike the Government's Summary Judgment Motion, to and including twenty-five (25) pages.

In accordance with the Court's order of October 31, 2007 (Docket #362), Zoltek filed its current Motion to Strike on November 27, 2007, seeking an order to strike the Defendant's, the United States' ("U.S." or "Government") Motion for Summary Judgment of Invalidity Based on Obviousness, filed September 4, 2007 (Docket #350). Zoltek's Motion to Strike was twenty-nine (29) pages in length.

On January 4, 2008 the Government filed its Opposition to Zoltek's Motion, which was thirty-nine (39) pages in length (Docket #364). Zoltek's Reply Brief is due on or before Friday, January 25, 2008.

Rule 5.2(b)(2) of this Court limits the length of reply briefs to twenty (20) pages. Because of the length of the Government's Opposition, the amount of substantive legal arguments presented, and the importance of the issues to the present action, Zoltek may need the additional pages to properly respond, and respectfully requests leave to extend the length of its reply brief up to five (5) additional pages.

Zoltek has contacted the Government regarding the present motion, and the Government does not oppose the present motion.

For the above stated reasons, Zoltek respectfully request that this court grant Zoltek leave to extend the length of its reply brief, not to exceed twenty-five (25) pages.

Respectfully submitted,

Date: January 14, 2008

By: /s/ Dean A. Monco

Dean A. Monco
John S. Mortimer
Wood Phillips
500 W. Madison Street
Suite 3800
Chicago, IL 60661
(312) 876-1800

*Attorneys for Zoltek Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents entitled

**ZOLTEK'S UNOPPOSED MOTION FOR EXTENDING THE LENGTH OF ITS REPLY BRIEF REGARDING ITS MOTION TO STRIKE**

was filed *electronically* on this 14th day of January, 2008, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

/s/ Dean A. Monco

Dean A. Monco
WOOD, PHILLIPS, KATZ
CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone: (312) 876-1800
Fax: (312) 876-2020