## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOLTEK CORPORATION,<br>a Missouri corporation<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>LOCKHEED MARTIN CORPORATION,<br><br>              Defendants. | Case No. 96-166 C<br><br>Chief Judge Edward J. Damich |

## THIRD AMENDED COMPLAINT

Plaintiff, ZOLTEK CORPORATION ("Zoltek") makes the following allegations in support of its claim for relief:[1]

### THE PLAINTIFF

1. ZOLTEK is a corporation organized under the laws of the State of Missouri and has its principal place of business at 3101 McElvy Road, St. Louis, Missouri 63044.

### THE DEFENDANTS

2. Defendant, the UNITED STATES OF AMERICA ("U.S." or "Government") is the sovereign entity for whom the products made by the accused processes were manufactured and imported, and to whom the products were sold.

3. Defendant, LOCKHEED MARTIN CORPORATION ("Lockheed") is a corporation organized under the laws of the State of Maryland and has a principle place of business at 86 South Cobb Drive, Marietta, Georgia 30063.

---

[1] This third Amended Complaint is filed in accordance with the Court's Order of January 23, 2009 (Doc. #369).

## JURISDICTION AND VENUE

4.      The United States Court Of Federal Claims has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1498(a) and 28 U.S.C. §1331, 1332(a) and 1338(a) because a product described in and covered by a patent of the United States has been and is being imported into, used and/or manufactured by or for the United States, and directly or indirectly, manufactured, used, sold, offered for sale and/or imported by or for Lockheed, without license from Zoltek or lawful right to make, have made, use, sell, offer to sell, or import the same.

5.      This Court has personal jurisdiction over Lockheed because Lockheed has maintained a regular place of business in, and has transacted business in, the United States of America and, in particular, the District of Columbia.

6.      Venue is proper for both Defendants in this judicial district under 28 U.S.C. §§1391(b), 1400(b) and 1498.

## FACTUAL BACKGROUD

7.      On January 19, 1993, U.S. Patent No. Re. 34,162 ("the '162 Patent") was duly and legally issued on an invention by George P. Boyd, Jr. A copy of the '162 Patent is attached hereto as Exhibit A.

8.      Zoltek, at all times relevant to these claims, has been the owner of all right, title, and interest in and to the '162 Patent.

9.      The '162 Patent is directed to (1) a method of manufacturing a carbon fiber product; (2) a carbon fiber product; and (3) a carbon fiber product made by a particular process. The patented invention can be used for national military defense and non-defense purposes.

10.     On information and belief, Defendant, the United States of America ("U.S."),

generally through the actions of the Department of Defense, and specifically through the actions of at least the Departments of the Air Force and/or the Navy, is causing or has caused, within the six years preceding the filing of the Original Complaint in this action on March 25, 1996, the manufacture of carbon fiber products as claimed in the '162 Patent, and/or is causing or has caused, the manufacture of carbon fiber products through a process that is equivalent to what is claimed in the '162 Patent, which products are incorporated into various weapons systems including at least, among other weapons systems, the B-2 Stealth Bomber.

11. On information and belief, Defendant Lockheed is causing or has caused, within six years preceding the filing of the Original Complaint, the manufacture within the United States and/or importation from outside the United State of products such as sheets/mats/coatings made from carbonizable starting material such as polyacrylonitrile ("PAN") and/or silicon carbide fibers, manufactured by a process claimed in the '162 Patent or through a process equivalent to that claimed in the '162 Patent, which products are incorporated into various weapons systems including at least, among other weapon systems, the F-22 Fighter Plane, for sale to the Defendant U.S.

12. Zoltek cannot identify exactly which claims are infringed until Zoltek has been provided with the necessary data in the possession of the U.S. and its contractors, including Lockheed. Zoltek is not asserting claims 23-32, 39 and 40 against the Defendants in this Action.

### COUNT I – 28 U.S.C. §1498(a)

13. ZOLTEK realleges and incorporates herein the allegations set forth in paragraphs 1-11, supra.

14. The U.S. has, without license or permission, taken, used or manufactured, and/or directed the use or manufacture of products produced in accordance with the method disclosed

and claimed in the '162 Patent, or by a method equivalent thereto.

15. Such actions by the U.S. constitute a violation of one or more provisions of 28 U.S.C. §1498(a).

## COUNT II – INFRINGEMENT UNDER 35 U.S.C. §271 et. seq.

16. ZOLTEK realleges and incorporates herein the allegations set forth in paragraphs 1-11, supra.

17. Upon information and belief, Lockheed has made, used, sold, offered for sale and/or imported products that have been made by a process that infringes one or more claims in the '162 Patent under 35 U.S.C. §271 et. seq., either literally or under the doctrine of equivalents.

18. Upon information and belief, Lockheed has engaged in activities that constitute contributory infringement and/or inducement of infringement of the '162 Patent under 35 U.S.C. §271 et. seq.

19. Upon information and belief, Zoltek has suffered damages as the direct and proximate result of Lockheed's infringement of the '162 Patent for which Zoltek is entitled to relief under 35 U.S.C. §284.

## AMOUNT AND MEASURE OF REASONABLE COMPENSATION

20. The exact amount of the reasonable and entire compensation due Zoltek under 28 U.S.C. §1498(a) and 35 U.S.C. §284 from Defendants, the United States of America and Lockheed, respectively, for such taking and infringement of the '162 Patent, is not known to Zoltek, and cannot be definitively stated until Zoltek has been provided with necessary data in the possession of the Defendants, the United States of America and Lockheed, for determining

the amount of compensation due Zoltek for the unlicensed taking and infringement of the '162 Patent.

## PRAYER FOR JUDGEMENT

WHEREFORE, Zoltek prays judgment that:

A.  U.S. Patent No. Re. 34,162 is valid and the invention claimed therein has been taken and used by or for the United States without license or lawful rights;

B.  Lockheed has infringed the '162 Patent;

C.  Zoltek be awarded the just, reasonable and entire compensation from the U.S. for such taking and infringement, including any delayed compensation that may be due;

D.  Judgment be entered against Lockheed on all claims asserted herein;

E.  Zoltek be awarded damages for Lockheed's infringement of the '162 Patent, together with pre-judgment interest and costs, pursuant to 35 U.S.C. §284;

F.  Zoltek be awarded its costs incurred in this suit, including reasonable attorneys fees from the U.S.; and

G.  Zoltek be awarded such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Dean A. Monco
Dean A. Monco, Esq. Attorney of Record
John S. Mortimer, Esq.
WOOD, PHILLIPS, KATZ,
   CLARK & MORTIMER
500 West Madison Street - Suite 3800
Chicago, Illinois 60661-2511
Phone: (312) 876-1800
Fax:   (312) 876-2020

*Attorneys for Plaintiff*
*ZOLTEK CORPORATION*

Of Counsel:

Garry S. Grossman
McCarthy, Sweeney & Harkaway, P.C.
2175 K Street, N.W.
Suite 600
Washington, D.C. 20037
Phone: (202) 775-5560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document entitled

**THIRD AMENDED COMPLAINT**

was filed *electronically* on this 2ND day of February, 2009, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005


/s/   Dean A. Monco
Dean A. Monco
WOOD, PHILLIPS, KATZ
 CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone:   (312) 876-1800
Fax:         (312) 876-2020