IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOLTEK CORPORATION,             ) | |
|                                 ) | Case No. 96-166 C |
|   a Missouri corporation,       ) | |
|                                 ) | |
|                                 ) | |
|        Plaintiff                ) | Chief Judge Edward J. Damich |
|                                 ) | |
|   v.                            ) | |
|                                 ) | |
|                                 ) | |
| UNITED STATES OF AMERICA, and   ) | |
| LOCKHEED MARTIN CORPORATION,    ) | |
|                                 ) | |
|        Defendants.              ) | |
| _____ ) | |

**ZOLTEK'S CORRECTED STATUS REPORT REGARDING
THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT OF
<u>INVALIDITY BASED ON OBVIOUSNESS</u>**

Plaintiff, Zoltek Corporation ("Zoltek"), in accordance with this Court's Opinion dated April 17, 2009 (Doc. #379, p. 15) hereby submits this Amended Status Report regarding Zoltek's readiness to respond to the Government's Motion for Summary Judgment of Invalidity Based on Obviousness, filed September 4, 2007 (Doc. #350). The Motion includes Findings of Uncontroverted Facts (Doc. #351) and fourteen (14) exhibits. An additional deposition has been added to the prior submission.

Zoltek submits the following proposed schedule, to be initiated from the date the Court enters the scheduling order for responding to the Government's Motion for Summary Judgment:

1. Subpoena of documents of Dr. Brian J. Sullivan – 2 weeks;
2. Response to subpoena for documents – 2 weeks;
3. Prepare for and take the deposition (2 days) of Dr. Brian J. Sullivan – 3 weeks;
4. Prepare for and take the deposition of Dr. James Moraveck (Doc. #351-9) – 2 weeks;

   5. Prepare for and take the deposition of George Rogers – 2 weeks;

   6. Prepare for and take the deposition of BASF (optional) – 2 weeks;

   7. Preparation of opposing declaration of Zoltek's expert – 4 weeks; and

   8. Preparation of opposing memorandum and responses to defendant's proposed findings of uncontroverted facts – 4 weeks.

The Government's Motion is thirty-nine (39) pages in length. The main support for the motion, the affidavit and report of Brian J. Sullivan, is eighty (80) pages in length. The report is highly detailed and technical in nature.

Based on the totality of the Government's Motion and Exhibits, Zoltek estimates that it will need twenty-three (23) weeks from the date of the entry of the Court's Scheduling Order to complete related discovery and submit its Opposition to the Government's Motion for Partial Summary Judgment.[1]

Before entering the Court's Scheduling Order is entered, Zoltek respectfully requests a telephonic status conference to discuss the above-identified schedule and answer any questions of the Court, and also to briefly discuss third-party Lockheed Martin Corporation's pending Motion to Certify An Issue for Interlocutory Appeal (Doc. #378), filed April 3, 2009.

                                    Respectfully submitted,

Date: May 4, 2009                   By: /s/ Dean A. Monco
                                        Dean A. Monco
                                        John S. Mortimer
                                        Wood Phillips
                                        500 W. Madison Street
                                        Suite 3800
                                        Chicago, IL 60661
                                        (312) 876-1800

                                        *Attorneys for Zoltek Corporation*

---

[1] This schedule is directed to the discovery doquired to address the Government's Motion for Summary Judgment. Zoltek anticipates taking additional discovery on the issue of obviousness as part of completing its discovery in the case, in accordance with the future schedule to be set by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing documents entitled

**ZOLTEK'S STATUS REPORT REGARDING
THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY BASED ON OBVIOUSNESS**

was filed *electronically* on this 4th day of May, 2009, which provides for electronic service to the following:

Gary L. Hausken, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005

and

Richard T. Ruzich
DUANE MORRIS LLP
Suite 3700
190 South LaSalle Street
Chicago, Illinois 60603
rtruzich@duanemorris.com


/s/  Dean A. Monco
Dean A. Monco
WOOD, PHILLIPS, KATZ
 CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone:    (312) 876-1800
Fax:              (312) 876-2020