# In the United States Court of Federal Claims

No. 96-166 C
(Filed: May 29, 2009)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| **ZOLTEK CORPORATION,** | \* |
| Plaintiff, | \* |
| v. | \* |
| **THE UNITED STATES**, and | \* |
| **LOCKHEED MARTIN CORPORATION,** | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff shall file its opposition to Defendant's September 4, 2007 Motion for Summary Judgment by November 6, 2009, and the parties shall adhere to the following the schedule:

1. Plaintiff shall subpoena documents of Dr. Brian Sullivan by June 19, 2009.

2. Defendant shall respond to that subpoena by July 3, 2009.

3. Plaintiff shall take its deposition of Dr. Brian Sullivan by July 24, 2009. The Court grants Plaintiff leave to depose Dr. Sullivan for up to two days.

4. Plaintiff shall take its deposition of Dr. James Moraveck by August 7, 2009.

5. Plaintiff shall take its deposition of George Rogers by August 21, 2009.

6. Plaintiff shall take its deposition of BASF, if desired, by September 4, 2009.

7. Plaintiff shall prepare its opposing declaration by October 2, 2009.

8. Plaintiff shall file its opposing memorandum and responses to Defendant's Proposed Findings of Uncontroverted Fact by November 6, 2009.

9. By November 20, 2009, the parties shall file a joint status report regarding whether Defendant will depose Plaintiff's expert and, if so, a date by which that will be completed.

s/ Edward J. Damich  
EDWARD J. DAMICH  
Judge