## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOLTEK CORPORATION, )<br>a Missouri corporation, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　Plaintiff　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>And LOCKHEED MARTIN CORPORATION, )<br>a Maryland Corporation, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　Defendants. )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | Case No. 96-166 C<br><br>Judge Edward J. Damich |

## JOINT MOTION TO MODIFY SCHEDULING ORDER OF MAY 29, 2009

Plaintiff, ZOLTEK CORPORATION ("Zoltek") and Defendant, the UNITED STATES ("the Government") jointly move this Court to modify the Order of May 29, 2009 (Doc. #388) as follows:

1) Zoltek's opposing declaration (item #7), currently scheduled to be completed by October 4, 2009, will be due on the same date as its Opposing Memorandum to the Government's Motion for Summary Judgment of Invalidity (item #8), i.e. November 6, 2009; and

2) The parties' joint status report (item #9) will be due on December 21, 2009, rather than November 20, 2009.[1]

Zoltek's requested change will remove potential confusion regarding the opposing

---

[1] Zoltek and the Government have each contacted Lockheed Martin Corporation regarding the present motion, but counsel for Lockheed not responded with any position with respect to the present motion.

declaration of its expert. Specifically, the declaration of Zoltek's designated expert will be submitted in support of Zoltek's Opposition to the Government's Motion for Summary Judgment of Invalidity. The present Order states that Zoltek must complete its opposing expert declaration by October 2, 2009, even though the Zoltek's Opposition, to which the declaration will be attached, is not scheduled to be filed until November 6, 2009. By modifying the Order as requested, no delay will occur in Zoltek's filing its Memorandum in Opposition to the Government's Motion for Summary Judgment. It will also permit Zoltek's expert to modify his declaration, if required, beyond the October 2, 2009 date as set forth in the Order.

The Government requests the modification of item 9 to preserve the originally contemplated interval for consideration of Zoltek's expert Declaration in advance of the joint status report, which is currently scheduled for submission by November 20, 2009. The additional time will enable the Government to determine whether or not the deposition of Zoltek's expert will be necessary, as contemplated by the original Order.

All other discovery set forth in the Scheduling Order has been completed. The parties request the modification set forth above in good faith and with no intent to delay the present proceedings. Accordingly, for the above stated reasons, Zoltek and the Government jointly move to modify the Court's May 29, 2009 Scheduling Order as follows:

    1) Zoltek's expert declaration will be due on November 6, 2009; and

    2) The parties Joint Status Report will be due on December 21, 2009.

Respectfully submitted,

By: */s /* Dean A. Monco                By:*/s/* David Ruddy
    Dean A. Monco                         Gary L. Hausken, Esq.
    John S. Mortimer                       David Ruddy, Esq.
    Wood Phillips                          United States Department of Justice
    500 W. Madison Street - Suite 3800     Commercial Litigation Branch – Civil
    Chicago, IL 60661                      Division
    (312) 876-1800                         1100 L Street, N.W.
                                           Room 11114
    *Attorneys for Zoltek Corporation*     Washington, D.C. 20005

                                           *Attorneys for the United States*

September 17, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing documents entitled**:**

**JOINT MOTION TO MODIFY SCHEDULING
ORDER OF MAY 29, 2009**

was filed *electronically* on this 17th day of September, 2009, which provides for electronic service to the following:

**Gary L. Hausken, Esq.
David Ruddy, Esq.
United States Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, N.W.
Room 11114
Washington, D.C. 20005**


**Richard T. Ruzich
DUANE MORRIS LLP
Suite 3700
190 South LaSalle Street
Chicago, Illinois 60603
rtruzich@duanemorris.com**


/s/Dean A. Monco
Dean A. Monco
WOOD, PHILLIPS, KATZ
 CLARK & MORTIMER
500 West Madison Street
Suite 3800
Chicago, Illinois 60661
Telephone:    (312) 876-1800
Fax:               (312) 876-2020