IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZOLTEK CORPORATION, a Missouri Corporation<br><br>                      Plaintiff,<br><br>                        v.<br><br>THE UNITED STATES OF AMERICA, and<br><br>LOCKHEED MARTIN CORPORATION, a Maryland Corporation<br><br>                      Defendants. | )<br>)<br>)<br>) No. 96-166C<br>)<br>) Judge Edward J. Damich<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT FOR SCHEDULING FURTHER PROCEEDINGS CONCERNING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

Pursuant to this Court's Scheduling Orders dated May 29, 2009; as modified by the Court's Orders of September 22, 2009, and December 18, 2009, counsel for Zoltek Corporation (Zoltek) and the United States (the Government) respectfully submit this proposed schedule for further proceedings prior to the Government's submission of its reply brief in support of Defendant's Motion for Summary Judgment That Claims 1-22 and 33-38 of Patent No. Re 34,162 Are Obvious, Docket No. 350.

The parties propose completing the depositions of both Mr. Lee McKague and Mr. Zsolt Rumy – each of whom authored a declaration in support of Zoltek's opposition, Docket No. 395 – by May 7, 2010.  *See* Docket No. 395-3, Exh. A (Dec. of Lee McKague) and Docket No. 395-13, Exh.15 (Dec. of Zsolt Rumy).  The parties further propose that the Government will file its reply brief on or before June 7, 2010.

In order to expedite these proceedings, and consistent with the time provided for response to Zoltek's subpoena of Dr. Brian Sullivan (the Government's designated expert), *see* Scheduling Order of May 29, 2009, items 1-2 (Docket No. 388), the Government requests, and Zoltek does not oppose, that the Court's Scheduling Order set forth a duration of 20 calendar days within which Mr. Lee McKague shall respond to any document requests in advance of his deposition.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN FARGO
Director

| s/Martin M. Green | s/Gary L. Hausken |
|---|---|
| Martin M. Green | GARY L. HAUSKEN |
| GREEN JACOBSON, P.C. | Assistant Director |
| 7733 Forsyth Blvd., Suite 700 | Commercial Litigation Branch |
| Clayton, MO 63105 | Civil Division |
| Tel: 314-862-6800 | U.S. Department of Justice |
| Fax: 314-862-1606 | Washington, D.C.  20530 |
| green@stlouislaw.com | Telephone:  (202) 307-0262 |
| | Facsimile:  (202) 307-0345 |
| | |
| | Of Counsel: |
| | DAVID M. RUDDY |
| | |
| Attorney for Plaintiff, Zoltek Corporation | Attorneys for the United States |
| | |
| February 26, 2010 | February 26, 2010 |